| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____    Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Mattress Pal Holding, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-1417172 |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **2507 Investors Row**<br>**Suite 100**<br>**Orlando, FL 32837**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br>**2507 Investors Row**<br>**Suite 100 Orlando, FL 32837**<br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | |

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Mattress Pal Holding, LLC**
_____    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

Debtor    **Mattress Pal Holding, LLC**                                    Case number (*if known*) _____
      Name

---

**11. Why is the case filed in this district?**    Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

            Contact name _____

            Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Mattress Pal Holding, LLC**                                    Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 7, 2019**
               MM / DD / YYYY

**X** **/s/ Maged Salem**                                    **Maged Salem**
Signature of authorized representative of debtor            Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Andrew Kamensky**                    Date    **April 7, 2019**
Signature of attorney for debtor                        MM / DD / YYYY

**Andrew Kamensky**
Printed name

**Navarro McKown**
Firm name

**66 West Flagler Street**
**6th Floor**
**Miami, FL 33130**
Number, Street, City, State & ZIP Code

Contact phone    **(305) 447-8707**    Email address    **andrew@nmbesq.com**

**0127574 FL**
Bar number and State

# MATTRESS PAL HOLDING, LLC

## UNANIMOUS WRITTEN CONSENT OF THE BOARD IN LIEU OF MEETING

The undersigned being all of the Directors of **MATTRESS PAL HOLDING LLC**, a Florida limited liability company (the "Company"), acting by unanimous written consent, waive notice of time, place and purpose of a meeting and hereby adopt the following resolutions, and consent in writing and agree to the following actions with the same force and effect as if approved by unanimous vote at a duly constituted special meeting of the Board and direct that this document be delivered to the Company – all pursuant to the provisions of the Limited Liability Company Law of the State of Florida, as may be amended from time to time:

WHEREAS, the Board has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's products and services, and credit market conditions;

WHEREAS, the Board has received, reviewed and considered the recommendations of senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, the Board has concluded that the filing of a petition under the Bankruptcy Code as set forth below is necessary to avail the Company of the automatic stay and to effectuate a restructuring of the Company's debts.

NOW, THEREFORE, BE IT RESOLVED that in the good faith business judgment of the Company's Board, it is in the best interest of the Company, its creditors, stakeholders and other interested parties, that a voluntary petition for relief under chapter 11 of the Bankruptcy Code be filed by the Company in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"); and it is

RESOLVED FURTHER, that each of the officers of the Company and any of their designees (collectively, the "Authorized Persons") shall be and hereby are authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court commencing a case (the "Chapter 11 Case"), in such form and at such time as such Authorized Person executing the petition shall determine; and it is

RESOLVED FURTHER, that the Authorized Persons shall be and hereby are authorized empowered and directed, on behalf of and in the name of the Company, to execute and verify all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel or other professionals and to take any and all actions which they deem

necessary and proper in connection with the Chapter 11 Case contemplated hereby, with a view to the successful prosecution of such case; and it is

RESOLVED FURTHER, that the Authorized Persons shall be and hereby are authorized, empowered and directed to employ, on behalf of the Company, the law firm of **Navarro McKown** under a special retainer as general bankruptcy counsel to the Company and in other related matters on such terms and conditions as the Authorized Persons shall approve; and it is

RESOLVED FURTHER, that Authorized Persons shall be and hereby are authorized and empowered to employ, on behalf of the Company, such other counsel, financial advisors, or other professionals as may be prudent and desirable in connection with the Chapter 11 Case on such terms and conditions as Authorized Persons shall approve; and it is

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by any Authorized Person to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or matters related thereto, shall be and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

RESOLVED FURTHER, that any and all past actions heretofore taken by the Authorized Persons in the name and on behalf of the Company in furtherance of any of the proceeding resolutions be, and the same hereby are, ratified, confirmed, and approved; and it is

RESOLVED FURTHER, that the Board hereby authorizes and directs the Authorized Persons, in the name and on behalf of the Company or otherwise and under the seal of the Company or otherwise, to execute and deliver all such agreements, certificates, documents, instruments and notices and to take all other actions and to do all other things as such Authorized Person in his or her sole discretion may deem necessary or appropriate in order to carry out and effect the foregoing resolutions, and hereby ratify and confirm any and all such actions.

This Unanimous Written Consent of the Board in Lieu of Meeting may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same document.

[Signatures appear on following page]

IN WITNESS WHEREFORE, the undersigned have executed this Unanimous Written Consent of the Board in Lieu of Meeting as of April 2, 2019.

**BOARD MEMBERS**:

By: _____
Maged Salem, President

By: _____
Madhat Salem, Vice President

By: _____
Majdi Salem, Secretary & Treasurer

**Fill in this information to identify the case:**

Debtor name      **Mattress Pal Holding, LLC**

United States Bankruptcy Court for the:      MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April  7, 2019**           X **/s/ Maged Salem**
                                            Signature of individual signing on behalf of debtor

                                            **Maged Salem**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Mattress Pal Holding, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tempur Pedic** 1 Office Parkway Trinity, NC 27370 | **Jo Gallman** jo.gallman@tempur sealy.com 859.757.1721 | **Product Supplier** | | | | **$2,826,630.68** |
| **Sealy** 1 Office Parkway Trinity, NC 27370 | **Jo Gallman** jo.gallman@tempur sealy.com 859.757.1721 | **Product Supplier** | | | | **$1,270,185.74** |
| **Comcast Spotlight** 12 Greenway Plaza Suite 1000 Houston, TX 77046 | **Kim Scates** kimberly_scates@c omcast.com 832.405.5287 | **Advertising** | | | | **$764,810.25** |
| **Houston Chronicle** 4747 Southwest Freeway Suite 200 Houston, TX 77002 | **Corrine Rodriguez** corrine.rodriguez@ chron.com 713.362.8125 | **Advertising** | | | | **$753,423.29** |
| **Univision** 5100 Southwest Freeway Houston, TX 77056 | **Megan McNair** mmcnair@univisio n.net 713.965.2784 | **Advertising** | | | | **$383,119.00** |
| **Spectrum** 11501 Altera Parkway Suite 400 Austin, TX 78759 | **Eric Lunsford** eric.lunsford@char ter.com 512.645.3299 | **Advertising** | | | | **$358,896.65** |
| **Katy Freeway** aka Katy Freeway Shooping Center 11301-11329 Katy Freeway Houston, TX 77097-9000 | **Andrew M. Caplan, Esq** acaplan@wkpz.co m 7139619045 | **Law Suit** | **Disputed** | | | **$313,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Mattress Pal Holding, LLC**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **KIRV Fox a/k/a Fox26 4261 Southwest Freeway Houston, TX 77002** | **Eboni Davis** eboni.davis@foxtv.com 713.479.2667 | **Advertising** | | | | $270,825.40 |
| **KTRK-TV ABC 13 3310 Bissonnet Houston, TX 77005** | **Kristin Anthony** kristin.m.anthony@abc.com 713.663.4611 | **Advertising** | | | | $253,937.50 |
| **4001 Interests LTD C/O Andrew P. McCormick 4950 Bissonnet St Suite A Bellaire, TX 77401** | **Andrew P. McCormick, Esq** andy@mmtxtrial.com 713-523-0400 | **Law Suit** | **Disputed** | | | $241,179.17 |
| **Comfort Revolution P.O Box 1290 Eatontown, NJ 07724** | **Jo Gallman** jo.gallman@tempursealy.com 859.757.1721 | **Product Supplier** | | | | $209,427.00 |
| **Houston Astros 501 Crawford St Houston, TX 77002** | **Leslie Cleaver** loguchi@astros.com 713.259.8925 | **Advertising** | | | | $167,200.00 |
| **Suddenlink 2528 IH-10 East Suite 101 Beaumont, TX 77702** | **Terri Harley** terri.harley@suddenlink.com 409.924.3172 | **Advertising** | | | | $137,868.65 |
| **Nguyen & Chen, LLP 11200 Westeimer Suite 120 Houston, TX 77042** | **Anissah Andang, Esq** 832-767-0339 | **Legal Services** | | | | $135,370.90 |
| **Mercedes Benz Financial Serv P.O. Box 5261 Carol Stream, IL 60197** | **Karen Rennie** karen.rennie@daimler.com 877.294.9671 | **Truck Provider** | | | | $124,202.37 |
| **Bakers' Signs 11201 FM 1485 Conroe, TX 77306** | sales@bakerssigns.com 936.446.1239 | **Sign Supplier** | | | | $121,859.79 |
| **Malouf 1525 West 2960 South Logan, UT 84321** | **Brian Watts** brianw@maloufsleep.com 800.517.7179x270 | **Product Supplier** | | | | $111,388.03 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Mattress Pal Holding, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Austin Statesman 305 S. Congress Ave Austin, TX 78704** | **Phillip Mandel**<br><br>**pmandel@statesman.com**<br>**512.445.3723** | **Advertising** | | | | **$98,600.00** |
| **KPRC-NBC 8181 Southwest Freeway Houston, TX 77074** | **Vance Collins**<br><br>**vcollins@kprc.20**<br>**713.778.4818** | **Advertising** | | | | **$87,762.50** |
| **Telemundo 1235 Northloop West Suite 125 Houston, TX 77008** | **Noemi Lopez**<br><br>**noemi.lopez@nbcuni.com**<br>**713.243.7732** | **Advertising** | | | | **$75,458.75** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

## United States Bankruptcy Court
### Middle District of Florida

In re    **Mattress Pal Holding, LLC**                            Case No. _____

                                           Debtor(s)           Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    _04/07/2019_          _____

                                   **Maged Salem/President**
                                   Signer/Title

Mattress Pal Holding, LLC
2507 Investors Row
Suite 100
Orlando, FL 32837

Andrew Kamensky
Navarro McKown
66 West Flagler Street
6th Floor
Miami, FL 33130

19355 Katy Fwy
19355 Katy Freeway
Suite 300
Houston, TX 77094

20141 North Freeway
20141 Interstate 45, Suite 1
Spring, TX 77388

290 and 6
19817 Northwest Freeway
Houston, TX 77065

2ML Real Estate Interests
267461 -45 North
Spring, TX 77386

3121 EBD Ocean, LLC
POBOX 887
Stafford, TX 77497

3470 Ella Realty
3430 Ella Blvd.
Suite 3432
Houston, TX 77018

3532 Spencer
3532 Spencer Hwy
Pasadena, TX 77504

4001 Interests LTD
C/O Andrew P. McCormick
4950 Bissonnet St
Suite A
Bellaire, TX 77401

4720 Sweetwater, LTD
1500 Marina Bay Drive
Kemah, TX 77565

4GF GROUP,LLC OLDHAM GOODWIN
2800 South Texas Avenue
Suite 401
Bryan, TX 77802

529 FRY PLAZA, LLC
10101 Harwin Drive
Suite 298
Houston, TX 77036

5811 Memorial Dr. LP
C/O Tarantino Properties, In
7887 San Felipe
Suite 237
Houston, TX 77063

8920 Spencer, LLC
3725 East League City Pwky
Suite 250
League City, TX 77573

A-S 128 Grand Parkway-Morton
POBOX 37904
Charlotte, NC 28237-7904

A-S 93 SH 130-SH 45. LP
POBOX 4346
Dept 862
Houston, TX 77210

Ace Cash Express Inc
1231 Greenway Drive
Suite 600
Irving, TX 75038

Airline
1350 Airline Rd
Corpus Christi, TX 78412

Aldine ISD
10137 North Fwy
Houston, TX 77037

Alief Independent School District
4250 Cook Road
Houston, TX 77072

Allied Property & Casualty
1100 Locust St. Dept 1100
Des Moines, IA 50391

Almeda
10001 Almeda Genoa Rd
Suite B
Houston, TX 77075

Alpine West Lake, LLC
P.O. Box 734279
Dallas, TX 75373-4279

American Star D390 Quarter 4
Long Binh Ward
Bien Hoa City
Dong Nai Province Vietnam

Andreson Mill Acquisition
C/O MFB Real Estate Service
3724 Jefferson
Suite 200
Austin, TX 78731

Ann Harris Bennett
PO Box 4622
Houston, TX 77210

Ann Harris Bennett
PO Box 4622
Houston, TX 77211

Austin Statesman
305 S. Congress Ave
Austin, TX 78704

Bluecap, LTD
8554 Katy Freeway
Suite 301
Houston, TX 77024

Ann Harris Bennett
PO Box 4622
Houston, TX 77212

Bakers' Signs
11201 FM 1485
Conroe, TX 77306

Buffalo Speedway
5230 Buffalo Speedway
Houston, TX 77005

Antoine
7925 Katy Freeway Bld.
Houston, TX 77024

Bastrop Little Colony LP
P.O. Box 660394
Dallas, TX 75266-0394

Burnett
8303 Burnet Rd. Suite 4
Austin, TX 78757

AP Triangle Retail
815 W. 47th ST
Suite 100
Austin, TX 78751

Baybrook Marketplace
8555 Westheimer Road
Suite 100
Houston, TX 77063

BVMC LUFKIN, LLC
C/O Ball Ventures, LLC
901 Pier View Dr.
Suite 201
Idaho Falls, ID 83402

ARCP MY Houston
10001-10075 Almeda Genoa Rd
Houston, TX 77075

Beaumont Enterprise
380 Main Street Beaumont
Beaumont, TX 77701

BVMC Waco Franklin Village
Attn: Amber Smith
C/O Clarke & Wyndham, Inc
3608 E 29 ST. Suite 100
Bryan, TX 77802

AREP BAYTOWN I PARTNERS LP
7880 SAN FELIPE
SUITE 120
Houston, TX 77063

Beluz Properties XI, LTD
C/O Andrew B. Curtis, Esq
PO Box 53068
Lubbock, TX 79453-3068

C/O AGGIELAND PRINTING
1902 Texas Ave South College
College Station, TX 77840

AS 92 Hwy 59 Reading Road LP
Dept 999241
POBOX 4896
Houston, TX 77210

Billiard Designs
2606 South Shepherd
Houston, TX 77098

Camille G. Jackson
6831 Cypresswood Dr.
Suite 4
Spring, TX 77379-7700

AT&T
POBOX 5093
Carol Stream, IL 60197

BK Grogans Mill, LTD
3700 Buffalo Speedway
Suite 1020
Houston, TX 77098

Campbell
1417B West 11th ST
Houston, TX 77008

Austin II SIV. LLC
7900 Glades Road
Suite 600
Boca Raton, FL 33434

Blazing Willows Property Inv
1518 Hennessey Dr
Allen, TX 75013

Cavenders Investment
Properties C, Ltd.
Cavender's 7820 S. Broadway
Tyler, TX 75703

CAVENDERS INVESTMENT PROPERT
7820 S. BROADWAY
Tyler, TX 75703

City of Austin
PO Box 2267
Austin, TX 78783

Comfort Revolution
P.O Box 1290
Eatontown, NJ 07724

Ceder Park
1335 East Whitestone Blvd
Cedar Park, TX 78613

City of Livingston
200 W. Church St
Livingston, TX 77351

Conroe
1403 N. Loop West. Suite B
Conroe, TX 77304

CH Retail Fun II
Houston Ella Plaza, LP
1800 Post Oak Blvd.
Suite 400
Houston, TX 77056

City of Sugar Land
2700 Town Center Blvd. North
Sugar Land, TX 77479

Conroe 1403 N. Loop 336 West
1403 N Loop 336 West
Suite B
Conroe, TX 77304

CH Retial Fund
I/Houston Rice Village, LP
POBOX 671226
Dallas, TX 75267

City Rosenberg
POBOX 631
Rosenberg, TX 77471

CONROE MARKETPLACE S.C, LP
PO BOX 82565
Goleta, CA 93118-2565

Champion Forest
5199 FM 1960 West
Houston, TX 77069

City Temple
2 N. Main Street
Grapevine, TX 76051

Consolidated Communication
121 South 17 St
Mattoon, IL 61938

Cinco Southwest MUD #2
PO Box 684000
Houston, TX 77268

CJL Capital Investment, LLC
752 N. Main Street
Suite 1648
Mansfield, TX 76063

Copperwood Village, LP
PO BOX 82565
Goleta, CA 93118-2565

Cisholm/Bass Round Rock
1208-Z N. IH-35
Round Rock, TX 78681

Clearwood/Edgebrook Crossing
12560 Reed Rd.
Suite 100
Sugar Land, TX 77478

Corpus Christi Caller
820 N. Lower Boradway St
Corpus Christi, TX 78401

City College
POBOX 10230
College Station, TX 77842

Comcast Spotlight
12 Greenway Plaza
Suite 1000
Houston, TX 77046

Corsicana
P.O. Box 1050
Corsicana, TX 75151

City Humble
114 W. Higgins
Humble, TX 77338

Comcast Xfinity
POBOX 7500
Southeastern, PA 19398

Crazy Spirit, LLC
875 Stanton Road
Burlingame, CA 94010

Crow Holdings
19355 Katy Freeway
Suite 300
Houston, TX 77094

Crystal Falls
1825 Crystal Falls Suite 110
Leander, TX 78641

Crystal Falls Pkwy
1825 Crystal Falls Parkway
Suite 100
Leander, TX 78641

CSW Development
1703 West 5th St
Austin, TX 78703

CSW Trimmier, LLC
2520 Trimmier Boulevard
Austin, TX 73301

Cy-Champ PUD
1415 Louisiana ST FL 5
Houston, TX 77002

Cypress Fairbanks ISD Tax As
10494 Jones Rd
Suite 106
Houston, TX 77065

Cypress Fairbanks ISD Tax As
10494 Jones Rd
Suite 106
Houston, TX 77065

Cypress Fairbanks ISD Tax As
10494 Jones Rd
Suite 106
Houston, TX 77065

Davis Bros, LLC
LyondellBasell Tower
1221 McKinney St
Ste 3100
Houston, TX 77010

DDR WILLOWBROOK PLAZA LP
P.O. BOX 83400
Chicago, IL 60691-0400

DM Delivery
13710 Park Row
Houston, TX 77084

DTS Logistic
16918 Swan Valley Dr
Cypress, TX 77433

El Campo
3114 W. Loop St
Suite 100
El Campo, TX 77437

Eldridge
12020 FM 1960 Rd West
Suite 700
Houston, TX 77065

Emad Tadros
8425 Memorial Blvd
Port Arthur, TX 77640

Entergy Texas
POBOX 8101
Baton Rouge, LA 70891

Entouch Systems
11011 Richmond Ave
Suite 400
Houston, TX 77042

EWTMC I, LLC
510 Bering Dr.
Suite 530
Houston, TX 77057

Ferryport Wings, LLC
8673 W. Pico Blvd
Los Angeles, CA 90035

Firethorne
2750 FM 1463
Suite 180
Katy, TX 77450

First Colony
16535 Southwest Fwy
Suite 1015
Sugar Land, TX 77479

Fort Bend ISD
16431 Lexington Blvd
Sugar Land, TX 77479

Fort Bend LMF Retail, LLC
15010 Lakefair Drive
Richmond, TX 77406

Forz DGV, LLC
C/O Godron Partners Mgmt
4900 Woodway Drive
Suite 1125
Houston, TX 77056

Frontier
POBOX 740407
Cincinnati, OH 45274

Fry & West
8931 Fry Rd.
Cypress, TX 77433

Fry & West Little York
6037 Fry Rd.
Suite 100
Katy, TX 77449

Hayden Center, LLC
5850 San Felipe St
Suite 490
Houston, TX 77057

Humble Shopping Center
10810 W. Little York Rd
Suite 100
Houston, TX 77041-4051

FSB One West Bank
C/O Douglas Bales, Esq
12425 28th Street. North
Suite 200
Saint Petersburg, FL 33716-1826

HEB GROCERY COMPANY, LP
DEPT. 888
P.O. Box 4346
Houston, TX 77210

Humble South, LLC
POBOX 3007
Westlake Village, CA 91359

GITP Properties
2610 S. Highway 6
Houston, TX 77082

Houston Astros
501 Crawford St
Houston, TX 77002

Hunstville SPE - MW LLC
13520 Evening Creek Rd North
Suite 400B
San Diego, CA 92128

Grandparkway
7909 W. Grand Parkway S.
Suite 270
Richmond, TX 77407

Houston Chronicle
4747 Southwest Freeway
Suite 200
Houston, TX 77002

Hwy 290 & 6
19817 Northwest Fwy
Houston, TX 77065

Greenhouse
19355 Katy Freeway
Suite 300
Houston, TX 77094

Houston Eatery
20820 Katy Freeway
Katy, TX 77449

I-10 & College
3850 College St.
Suite 300
Beaumont, TX 77701

Greenway Plaza
4001 RICHMOND AVE
Houston, TX 77027

Houston Pier, LLC
8950 Westpark
Suite 132
Houston, TX 77063

I-10 & College
 955 INTERSTATE 10 BEAUMONT
Beaumont, TX 77701

Harris County MUD #257
6807 Highway 6 N.
Houston, TX 77084

Humble
20845 Hwy 59 N
Humble, TX 77338

I-10 Wilcrest
11317 Katy Freeway
Houston, TX 77079

Harris County WCID#109
11111 Katy Freeway
Suite 725
Houston, TX 77079

Humble ISD
20200 Eastway Village Dr.
Humble, TX 77338

Inland American Reital Mgm
32057 Collection Center Dr
Chicago, IL 60693

Hass Holdings a/k/a
West Rd Collection Shopping
10777 N. Freeway
Houston, TX 77037

Humble Shopping Center
10810 W. Little York Rd
Suite 100
Houston, TX 77041-4051

Inland American Retail Magm
32057 Collections Center Dr
Chicago, IL 60693

Innova
2306 River ridge Road
Arlington, TX 76017

KIRV Fox a/k/a Fox26
4261 Southwest Freeway
Houston, TX 77002

Lake Creek
9800 Lake Creek Dr
Austin, TX 78717

IRS
P.O.Box 7346
Philadelphia, PA 19101

Klein ISD
7200 Spring Cypress Road
Spring, TX 77379

Lake Creek Parkway
9800 N. Lake Creek Pkwy
Suite 100
Austin, TX 78717

Island Gate
4701 S. Padre Island Dr.
Corpus Christi, TX 78411

KM Realty
KM Firehorne Partners, LLC
2750 FM 1463
Suite 180
Katy, TX 77494

Lamesa Properties
2421 Rice Blvd
Houston, TX 77005

Katy Freeway
aka Katy Freeway Shooping Center
11301-11329 Katy Freeway
Houston, TX 77097-9000

KNA Partners
7925 Katy Freeway
Suite P
Houston, TX 77024

LAMSON NGUYEN
1011 61 ST
Galveston, TX 77551

Katy Freeway Properties, LLC
1051 Halsey Street
Houston, TX 77015

KPRC-NBC
8181 Southwest  Freeway
Houston, TX 77074

Law office of Paul M. Kade
9200 South Dadeland Blvd.
Suite 410
Dadeland Towers North
Miami, FL 33156

Katy North
20802 Katy Freeway Suite 102
Katy, TX 77449

KRG Kingwood, LLC
POBOX 847952
Dallas, TX 75284

League City
110 S. Gulf Freeway
League City, TX 77573

Kavu-Victoria
3355 Lenox Road NE
Suite 945
Atlanta, GA 30326

Krupa Properties II, LLC
3725 East League City Pkwy
Suite 250
League City, TX 77573

Liberty Property Limited Prt
8827 North Sam Houston Pkwy
Houston, TX 77064

Kensinger Properties
3101 South Shepher Dr.
Houston, TX 77018

KTRK-TV ABC 13
3310 Bissonnet
Houston, TX 77005

Local Blackrock
15242 Wallisville Rd
Suite F
Houston, TX 77049

Killeen West
2501 South Young.Suite 101
Killeen, TX 76542

La Centerra
23501 Cinco Ranch Blvd
Katy, TX 77494

Louetta
20141 I-45 North. Suite 100
Spring, TX 77388

Luel Partnership
6802 Maple Ridge
Suite 210
Bellaire, TX 77401

Main St
8502 Main St. Suite B
Houston, TX 77025

Malisa Pearland, LP
POBOX 37904
Dept 0152
Charlotte, NC 28237-7904

Malouf
1525 West 2960 South
Logan, UT 84321

Manor Commons
11828 Ring Drive
Manor, TX 78653

Mantua
PO Box 733644
Dallas, TX 75373

Market at Crenshaw
11000 S. Wilcrest
Suite 130
Houston, TX 77099

MD Andrew Place, LLC
POBOX 91973
Austin, TX 78709

Megas Enterprises, Inc
Attn: Steve Megas
1507 South Highway 69
Nederland, TX 77627

Memorial At Dairy
Ashford Center, LTD
8811 Westheimer Rd
Suite 200
Houston, TX 77056

Mercedes Benz Financial Serv
P.O. Box 5261
Carol Stream, IL 60197

Meyerland Court Shopping
8801 Knight Road
Houston, TX 77054

Monticello Houston Holding
7909 W. Grand Parkway South
Suite No. 270
Richmond, TX 77407

Nacogdoches
801 North St
Nacogdoches, TX 75961

NET3 (Victoria I), LLC
220 Northgreen Street
Chicago, IL 60607

New Waco
2324 Marketplace Dr.
Waco, TX 76711

New Waco
2324 Markplace Dr
Waco, TX 76711

New World
8303 Burnet Rd
Austin, TX 78757

Nguyen & Chen, LLP
11200 Westeimer
Suite 120
Houston, TX 77042

North Freeway
10751 North Fwy
Houston, TX 77090

Northline Commons, LLC
C/O Centre Corp Magm LLP
4400 A. North Freeway.
Suite 900
Houston, TX 77022

Office of the United States
George C. Young Federal Bldg
400 West Washington Street
Suite No. 1100
Orlando, FL 32801

Pacific KBC
2501 South W S Young Dr
Suite 101
Killeen, TX 76541

Palm Valley
2200 East Palm Valley
Round Rock, TX 78665

Parkshire Center II Limited
11823 Wilcrest
Houston, TX 77031

Pasadena ISD
PO Box 1318
Pasadena, TX 77501

Pearland Town Center
11200 Broadway St. Suite 630
Pearland, TX 77584

Por LP
5132 Richmond Ave
Houston, TX 77056

Pushpa Enterprises, LLC
27710 Rainy Creek Court
Fulshear, TX 77441

Round Rock Crossing
3021 S. Interstate 35
Round Rock, TX 78664

Port Arthur
8425 Memorial Blvd
Port Arthur, TX 77640

Readyrefresh
POBOX 756680
Louisville, KY 40285

Round Rock Crossings Texas
3021 S IH 35
Round Rock, TX 78664

Portland
1860 US Highway 181 Suite A
Portland, TX 78374

Reddy Cypresswood, LP
730 North Post Oak Rd
Suite 300
Houston, TX 77024

Round Rock West
1208 North IH-35
Suite 900
Round Rock, TX 78664

PRC Investment, LTD
Attn: Brantly Minor
1914 North Memorial Way
Suite 6
Houston, TX 77007

Reliant Energy
POBOX 3765
Houston, TX 77253

Royal Oaks
11803 Westheimer Road
Suite 720
Houston, TX 77070

Price/Baybrook LTD
POBOX 82565
Goleta, CA 93118-2565

Republic Square
900 North Austin Ave
Suite 103
Georgetown, TX 78626

Rudisill Properties, LLC
POBOX 631626
Nacogdoches, TX 75963-1626

Primero Properties
1403 N. Loop West
Suite B
Conroe, TX 77304

Republic Square
902 N. AUSTIN AVE
Georgetown, TX 78626

Sales Jobs Inc
360 Spear Street
San Francisco, CA 94105

Principal Life Insurance
10810 West Little York Road
Suite 100 & 140
Houston, TX 77041

Rice Bvld
2421 RICE BLVD
Houston, TX 77005

SDI Realty
1800 W. Loop South
Suite 1850
Houston, TX 77027

Priscilla Harris
20802 Katy Fwy
Suite 102
Katy, TX 77449

Richmond & Sage
5132 Richmond Avenue
Houston, TX 77056

Sealy
1 Office Parkway
Trinity, NC 27370

Progressive Country Mutual
16055 Space Center Blvd
Houston, TX 77062

Rose Onuoha
11828 Ring Dr
Suite 107
Manor, TX 78653

Sharpstown
7085 SW Fwy
Houston, TX 77074

Shrif Islam
7560 Westheimer Rd
Houston, TX 77063

Sienna Plantation
8740 Hwy 6 Missouri
Missouri City, TX 77459

SILVERLAKE VILLAGE, LP
1800 Bering Drive
Suite 550
Houston, TX 77057

SIMI Spring, LLC
2330 Holmes Road
Houston, TX 77051

Sindy Sadri
20845 Highway 59 N.
Humble, TX 77338

SouthLoop
1211 S. LOOP WEST
Houston, TX 77054

Southmore
132 Southmore Ave
Pasadena, TX 77502

Southpark Cinco Ranch
24948 FM 1093
Suite 220
Richmond, TX 77406

Southpark Cinco Ranch, LLC
3200 Kirby
Suite 910
Houston, TX 77098

Sparkletts
6750 Discovery Blvd
Mableton, GA 30126

SpecialAsst. Us Atty
Associate Area ciunsel
Royal Palm Building
1000 S. Pine Island Rd.
Fort Lauderdale, FL 33324

Spectrum
11501 Altera Parkway
Suite 400
Austin, TX 78759

Spencer & Burke
3532 Spencer Hwy
Pasadena, TX 77504

Spillar Properties, LLC
C/O Oldham Goodwin Group
1703 W. 5th Street
Suite 850
Austin, TX 78703

Spring Branch ISD Tax Office
8880 Westview Dr
Houston, TX 77055

Spring Branch ISD Tax Office
8880 Westview Dr
Houston, TX 77055

Spring ISD Tax Office
420 Lockhaven Dr
Houston, TX 77073

Staples
P.O. Box 105748
Pasadena, CA 91109

Suddenlink
2528 IH-10 East
Suite 101
Beaumont, TX 77702

Suddenlink
1820 SW Loop 323
Tyler, TX 75701

SWY Fry Rd
West Little York
6037 Fry Rd
Suite 100
Katy, TX 77449

T-Mobile
POBOX 37380
 81776

Tara Energy
PO Box 301438
Dallas, TX 75303

Taryone Bernstine
2805 Gulf Freeway South
Suite G
League City, TX 77573

Tech Ridge
12314 North Interstate 35
Frontage Road
Austin, TX 78753

Telemundo
1235 Northloop West
Suite 125
Houston, TX 77008

Telfair
13425 University Blvd
Sugar Land, TX 77479

Tempur Pedic
1 Office Parkway
Trinity, NC 27370

Time Warner Cable
60 Columbus Circle
New York, NY 10023

US Connect Services
701 W. Church St
Livingston, TX 77351

Texas Comptroller of Public
c/o Texnet
P.O Box 13528
Austin, TX 78711

Tomball
14090 Farm to Market 2920
Suite B
Tomball, TX 77377

US Energy Saving
5333 Westheimer Road
Suite 450
Houston, TX 77056

Texas Villa Maria Retail
712 East Villa Maria
Suite 100
Bryan, TX 77802

Triangle
815 W. 47th St
Suite 100
Bryan, TX 77801

Valley Mills
1107 N Valley Mills
Waco, TX 76710

Texas Villa Maria Retail
712 East Villa Maria
Suite 100
Bryan, TX 77802

Trimmier
2520 Trimmier Rd
Suite 102
Killeen, TX 76541

Veekay Investments, Ltd.
4750 Gulf Freeway
Houston, TX 77023

Texas Villa Maria Retail
712 East Villa Maria
Suite 100
Bryan, TX 77802

TW Cable National
60 Columbus Circle
New York, NY 10023

Vertical Security
10333 Harvin Dr.
Suite 387
Houston, TX 77036

The Facts
720 S. Main St
Clute, TX 77531

United States Attorney
99 N.E. 4th Street
Miami, FL 33132

Victoria County Tax Office
205 N Bridge St
Suite 101
Victoria, TX 77901

The Galveston County Daily
8522 Teichman Rd
Galveston, TX 77554

Univision
5100 Southwest Freeway
Houston, TX 77056

Victoria County Tax Office
205 N Bridge St
Suite 101
Victoria, TX 77901

The North River Insurance Co
305 Madison Avenue
Morristown, NJ 07962

UPS
55 Glenlake Parkway
Atlanta, GA 30328

Victoria County Tax Office
205 N Bridge St
Suite 101
Victoria, TX 77901

The Triangle
815 W 47TH St
Suite 100
Austin, TX 78751

US Attorney General
950 Pennsylvania Avenue
Room 4400
Washington, DC 20530

Victoria County Tax Office
205 N Bridge St
Suite 101
Victoria, TX 77901

Victoria Mall, LP
POBOX 204227
Augusta, GA 30910-7000

Waco Phase I Retail
3324 Marketplace Dr.
Suite 220
Waco, TX 76711

West Oaks
2610 S Hwy 6. Suite 1
Houston, TX 77082

Victoria Town Center
205 N Bridge St
Suite 101
Victoria, TX 77901

Wallisville
15242 Wallisville Rd
Suite F
Houston, TX 77049

West Road
9919 North Freeway
Houston, TX 77037

Victoria Town Center
4109 Houston Hwy. Suite 100A
Houston, TX 77091

Warehouse
10810 West Little York Rd
Houston, TX 77041

Westdale Fairmont, LP
3100 Monticello Ave
Suite 600
Dallas, TX 75205

Victoria Utility
POBOX 1279
Victoria, TX 77902

Waste Connection
18784 E. Hardy Rd
Houston, TX 77073

Westheimer
2606 S. Sheperd Dr
Houston, TX 77098

Victory Packaging
302 West Road
Houston, TX 77038

Weingarten Investments, INC
POBOX 301074
Dallas, TX 75303

Westheimer Crossing, LP
3939 Hartsdale Dr
Houston, TX 77063

Villa Maria
712 E Villa Maria Rd
Suite 100
Bryan, TX 77802

Weingarten Realty Investors
POBOX 301074
Dallas, TX 75303-1074

Whitestone
3219 East Whitestone Blvd.
Suite 105
Cedar Park, TX 78613

Vista Sugarland Commons, LTD
1117 Eldrige Parkway
Houston, TX 77077

Weingarten Realty Investors
POBOX 301074
Dallas, TX 75373-0373

Williams Trace
3219 HWY 6
Sugar Land, TX 77478

W Silver
9059 Doniphan Dr.
Anthony, TX 79821

West Alabama
3101 South Sheperd
Houston, TX 77098

Willis
12717 Interstate 45 North
Suite 300
Willis, TX 77318

W-NQ Market Square Owner VII
P.O. Box 844335
Dallas, TX 75284-4335

West Oaks
2610 S. Hwy 6
Suite 1 and 2
Houston, TX 77082

Windstream
POBOX 9001908
Louisville, KY 40290

Woodlands
26746 I-45 North
Spring, TX 77386

Woodlands Crossing Retail
Center of Texas
2221 W. Lidsey St
Suite 201
Norman, OK 73069

Woodlands North
3570 FM 1488. Suite 100
Conroe, TX 77384

Woodway
6531 WOODWAY DRIVE
Houston, TX 77057

Woodway Voss Partners
6531 Woodway Dr
Houston, TX 77057

WRI Mueller, LLC
POBOX 301074
Dallas, TX 75303

Xerox
POBOX 660501
Dallas, TX 75266

Yurdi, LLC
3773 Richmond Ave
Suite 800
Houston, TX 77046

# United States Bankruptcy Court
## Middle District of Florida

In re  **Mattress Pal Holding, LLC**                                           Case No.

                                                     Debtor(s)        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Mattress Pal Holding, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**S.O.S. Furniture Co., Inc.**
**2507 Investors Row**
**Suite 100**
**Orlando, FL 32837**

☐ None [*Check if applicable*]

**April 7, 2019**                                        **/s/ Andrew Kamensky**
Date                                               **Andrew Kamensky**
                                                     Signature of Attorney or Litigant
                                                     Counsel for  **Mattress Pal Holding, LLC**
                                                     **Navarro McKown**
                                                     **66 West Flagler Street**
                                                     **6th Floor**
                                                     **Miami, FL 33130**
                                                     **(305) 447-8707 Fax:(305) 447-3787**
                                                     **andrew@nmbesq.com**

# United States Bankruptcy Court
## Middle District of Florida

In re  **Mattress Pal Holding, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| S.O.S. Furniture Co., Inc.<br>2507 Investors Row<br>Suite 100<br>Orlando, FL 32837 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  4/6/2019

Signature

**Maged Salem**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com