**Fill in this information to identify the case:**

Debtor name    **Mattress Pal Holding, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:19-bk-02247-CCJ**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$8,711,159.74** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | **MULTIPLE**<br>**See Attached Form 207 - Part 3.1** | 01/08/2019 -<br>04/07/2019 | $7,409,885.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **Rent** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mattress Pal Holding, LLC** | Case number *(if known)* **6:19-bk-02247-CCJ** |

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

| **Part 3:** | **Legal Actions or Assignments** |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **Jose Venegas  v. Mattress Pal Holding 2015-60836** | **Eviction** | **Harris County District Court 201 Caroline Street Houston, TX 77002** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **Mattress Firm v. Dalila Medal 2016-48029** | | **Harris County District Court 201 Caroline Street Houston, TX 77002** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Elmo Peterson v. Mattress Pal Holding 2016-65885** | | **Harris County District Court 201 Caroline Street Houston, TX 77002** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Sharif Islam v. Mattress Pal Holding 2017-11079** | | **Harris County District Court 201 Caroline Street Houston, TX 77002** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. | **Baker Signs v. Mattress Pal Holding 1095711** | | **Harris County District Court 201 Caroline Street Houston, TX 77002** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.6. | **Katy Freeway Realty v. Mattress Pal Holding, et al 2017-55866** | | **Harris County Civil Court 201 Caroline Street Houston, TX 77002** | ■ Pending ☐ On appeal ☐ Concluded |

| Debtor | **Mattress Pal Holding, LLC** | Case number *(if known)* | **6:19-bk-02247-CCJ** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | **4001 Interests v. Mattress Pal Holding**<br>2017-58502 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Emad Tadros v. Mattress Pal Holding, et al**<br>D-202285 | | **Jefferson County District Court**<br>**1085 Pearl Room**<br>**Beaumont, TX 77701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Hass Holding v. Mattress Pal Holding**<br>2018-32461 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **GITP Properties v. Mattress Pal Holding, et al**<br>2018-36324 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Por LP v. Mattress Pal Holding**<br>2018-49452 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **20141 North Freeway v. Mattress Pal Holding, et al**<br>2018-52221 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Billard Designs v. Mattress Pal Holding**<br>2018-39352 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Victoria Town Center v. Mattress Pal Holding**<br>2018-55634 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Monticello Houston Holding v. Mattress Pal Holding, et al**<br>2018-DCV-254123 | | **Fort Bend District Court**<br>**1422 Eugene Heinann Cir**<br>**Richmond, TX 77469** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Pearland Town Center v. Mattress Pal Holding, et al**<br>96446-CV | | **Brazoria County District Clerk**<br>**111 E. Locust Street**<br>**Angleton, TX 77515** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **AP Triangle Retail v. Mattress Pal Holding**<br>D-1_GN-006273 | | **Travis County District Court**<br>**1000 Giadalupe Street**<br>**Austin, TX 78701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Woodway Voss Partners v. Mattress Pal Holding, et al**<br>2018-73333 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Mattress Pal Holding, LLC** | | Case number *(if known)* | **6:19-bk-02247-CCJ** |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.19. | **Texas Villa Maria Retail v. Mattress Pal Holding**<br>**2018-00688L** | | **Brazos County Civil Court**<br>**300 E 26th Street**<br>**Bryan, TX 77803** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **Texas Villa Maria Retail v. Mattress Pal Holding**<br>**18-002779-CV-85** | | **Brazos County Civil Court**<br>**300 E. 26th Street**<br>**Bryan, TX 77803** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **Texas Villa Maria Retail v. SOS Furniture, et al**<br>**1120259** | | **Harris County Civil Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **Republic Square v. Mattress Pal Holding, et al**<br>**18-1499-C368** | | **Williamson County District Court**<br>**405 Martin Luther King Jr Street**<br>**Georgetown, TX 78626** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | **Cisholm/Bass Round Rock v. Mattress Pal Holding, et al**<br>**18-1497-C368** | | **Williamson County District Court**<br>**405 Martin Luther King Jr Street**<br>**Georgetown, TX 78626** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **SWY Fry Rd/West Little York v. Mattress Pal Holding**<br>**218-82487** | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | **Pacific KBC v. Mattress Pal Holding, et al**<br>**304,328-C** | | **Bell County District Court**<br>**1201 Huey Rd**<br>**Belton, TX 76513** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. | **Principal Life Insurance v. Mattress Pal Holding, et al**<br>**2018-83343** | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | **KNA Partners v. Mattress Pal Holding**<br>**2018-70245** | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28. | **136 Crystal Falls Pkwy v. Mattress Pal Holding, et al**<br>**18-1593-C26 A-L-L** | | **Williamson County District Court**<br>**405 Martin Luther King Jr Street**<br>**Georgetown, TX 78626** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. | **2ML Real Estate Interests v. Mattress Pal Holding, et al**<br>**2018-84474** | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. | **CSQ Trimmier LLC v. Mattress Pal Holding, et al**<br>**C-1-CV-18-011655** | | **Travis County District Court**<br>**1000 Guadalupe Street**<br>**Austin, TX 78701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Mattress Pal Holding, LLC**

Case number *(if known)*    **6:19-bk-02247-CCJ**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.31. **EQY Invest Owner v. Mattress Pal Holding, et al**<br>18-DVC-25742 | | **Fort Bend District Court**<br>**1422 Eugene Heimann Cir**<br>**Richmond, TX 77469** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32. **New World v. Mattress Pal Holding**<br>C-1-CV-19-000098 | | **Travis County District Court**<br>**1000 Gudalupe Street**<br>**Austin, TX 78701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33. **Brixmor Royal Oaks v. Mattress Pal Holding**<br>1126006 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34. **Local Blackrock v. Mattress Pal Holding, et al**<br>1124176 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. **ARCP MT Houston v. Mattress Pal Holding**<br>2019-05147 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36. **Lamesa Properties v. Mattress Pal Holding**<br>127548 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.37. **Primero Properties v. Mattress Pal Holding, et al**<br>19-02-02469 | | **MontgomeryCounty District Court**<br>**301 N. Main Street**<br>**Conroe, TX 77301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.38. **Houston Eatery v. Mattress Pal Holding**<br>2019-13474 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.39. **Brixmor/IA Spencer Square v. Mattress Pal Holding, et al**<br>1128059 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.40. **Kensinger Properties vs. Mattress Pal Holding**<br>2019-14196 | Debt/Contract-Consumer/DTPA | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.41. **Waco Phase I Retail v. Mattress Pal Holding**<br>2019-687-5 | | **McLennan County District Court**<br>**501 Washington Ave**<br>**Waco, TX 76701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.42. **Sindy Sadri v. Mattress Pal Holding**<br>2018-51750 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Mattress Pal Holding, LLC** | | Case number *(if known)* | **6:19-bk-02247-CCJ** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.43. | **Ace Cash Express Inc v. Mattress Pal Holding**<br>**JS16-00430A** | | **Dallas County Justice Court**<br>**10056 Marsh Lane**<br>**Dallas, TX 75229** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.44. | **Alief Independent School District v. Mattress Pal Holding LLC et al**<br>**2018-14920** | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.45. | **Camille G. Jackson v. Mattress Pal Holding LLC dba Mattress 1 One**<br>**17-4100008376** | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.46. | **Fort Bend ISD v. Mattress Pal Holding LLC**<br>**18-DVC-253413** | | **Fort Bend District Court**<br>**1422 Eugene Heimann Cir**<br>**Richmond, TX 77469** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.47. | **The State of Texas v. Greenbriar Chateau Associated, LTD, et al**<br>**CV-0077939** | | **Galveston County Courthouse**<br>**722 21st Street**<br>**Galveston, TX 77550** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.48. | **Harris County MUD #257 v, Mattress Pal Holding LLC**<br>**2017-81952** | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.49. | **Ryant Connelly v. Kiewitt Offshore Services, Ltd**<br>**S-16-5260CV-B** | | **San Patricio District Court**<br>**400 W. Sinton Street**<br>**Sinton, TX 78387** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.50. | **Kimco Corpus Christi, L.P. v. Mattress Pal Holdings, LLC**<br>**2018DCV-1552-A** | | **Nueces County District Court**<br>**901 Leopard Street**<br>**Corpus Christi, TX 78401** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.51. | **Laila Abadir v. Mattress Pal Holding**<br>**CV-82 C0037027** | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.52. | **Nita Judge v. Mattress Pal Holding, LLC**<br>**2017-04733** | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.53. | **Pasadena ISD v. Mattress Pal Holding**<br>**2016-77708** | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.54. | **Priscilla Harris v. Mattress 1 One**<br>**187100344072** | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **Mattress Pal Holding, LLC**

Case number *(if known)*  **6:19-bk-02247-CCJ**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.55. | **Ronald Reynard v. Mattress 1 One**<br>195100019739 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.56. | **Rose Onuoha v. Mattress 1 One**<br>J1-CV-17-000737 | | **Travis County District Court**<br>**1000 Gudalupe Street**<br>**Austin, TX 78701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.57. | **Round Rock Crossings Texas v. Mattress Pal Holding, et al**<br>D-1-GN-18-001635 | | **Travis County District Court**<br>**1000 Gudalupe Street**<br>**Austin, TX 78701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.58. | **Sharif Islam v. Mattress Pal Holding**<br>2017-11079 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.59. | **Travis County v. Mattress Pal Holding**<br>J5-CV-18-249139 | | **Travis County District Court**<br>**1000 Gudalupe Street**<br>**Austin, TX 78701** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.60. | **Thomas Tyrrell v. Mattress Pal Holding**<br>1112919, 701 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.61. | **The City of Waco v. Mattress Pal Holding**<br>2018-2757-4 | | **McLennan County District Court**<br>**501 Washington Ave**<br>**Waco, TX 76701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.62. | **The State of Texas v. Weingarten Realty Investors, et al**<br>2017-82589 | | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.63. | **Miramesa Commercial NWC, LLC**<br>**vs**<br>**Mattress Pal Holding dba Mattress 1 One**<br>2019-19329-7 | Debt/Contract | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.64. | **The State of Texas v. Weingarten Realty Investors, et al**<br>2018-00950-7 | Condemnation | **Harris County District Court**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.65. | **Beluz Property XI,LTD vs. Mattress Pal Holding, LLC**<br>D-1-GN-19-001712 | Tenant Eviction | **Travis County District Court**<br>**1000 Gudalupe Street**<br>**Austin, TX 78701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.66. | **Tayrone Bernstine v. Mattress Pal Holding**<br>19-NSC02-0030 | Civil | **Galveston County Courthouse**<br>**722 21st Street**<br>**Galveston, TX 77550** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Mattress Pal Holding, LLC** | | Case number *(if known)* | **6:19-bk-02247-CCJ** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.67 | **Spoonian v. Mattress Pal Holding<br>19-0224-C26** | **Civil** | **Williamson County, Texas<br>P.O Box 24, 405 M.L.K.<br>Texas<br>Georgetown, TX 78627-0024** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **American Red Cross** | **Hurricane Harvey Relief** | **09/04/2017** | **$50,000.00** |
| | Recipients relationship to debtor | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mattress Pal Holding, LLC** | Case number *(if known)* | **6:19-bk-02247-CCJ** |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Navarro McKown 66 West Flagler Street 6th Floor Miami, FL 33130** | | **04/04/2019** | **$106,046.65** |
| | Email or website address **andrew@nmbesq.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **11200 Ella Blvd. Houston, TX 77067** | **05/01/2018 to Present** |
| 14.2. | **10810 W. Little York Rd. Houston, TX 77041** | **04/01/2013 to 05/01/2018** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mattress Pal Holding, LLC** | Case number *(if known)*  **6:19-bk-02247-CCJ** |
|---|---|---|

---

**Part 9:     Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
■  Yes. State the nature of the information collected and retained.

   **Customer Name, Address, Phone and Tax Identification Number.**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

---

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **10**

| Debtor | **Mattress Pal Holding, LLC** | Case number *(if known)* | **6:19-bk-02247-CCJ** |
|---|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Vinod Arora CPA, P.A.**<br>**6735 Conroy Road. #224**<br>**Orlando, FL 32835** | **2013 to Present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Debtor | **Mattress Pal Holding, LLC** | Case number *(if known)* | **6:19-bk-02247-CCJ** |
|---|---|---|---|

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Vinod Arora CPA, P.A.** <br> **6735 Conroy Road. #224** <br> **Orlando, FL 32835** | **2013 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Vinod Arora, P.A.** <br> **6735 Conroy Road. #224** <br> **Orlando, FL 32835** | **2013 - Current** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Dourid Mousa** | **12/20/2017** | **$8,925,400.78 - Cost** |
| | Name and address of the person who has possession of inventory records | | |
| | **Dourid Mousa** <br> **10810 W. Little York Road** <br> **Suite 100** <br> **Houston, TX 77041** | | |
| 27.2. | **Dourid Mousa** | **05/01/2019** | **$6,081,270.93 - Cost** |
| | Name and address of the person who has possession of inventory records | | |
| | **Dourid Mousa** <br> **10810 W. Little York Road** <br> **Suite 100** <br> **Houston, TX 77041** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Maged Salem** | **2507 Investors Row** <br> **Suite 100** <br> **Orlando, FL 32837** | **President** | **34% of Interest in Parent Company** |

Debtor    **Mattress Pal Holding, LLC**                              Case number *(if known)*  **6:19-bk-02247-CCJ**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Madhat Salem | 2507 Investors Row Suite 100 Orlando, FL 32837 | Vice President | 33% of Interest in Parent Company |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Majdi Salem | 2507 Investors Row Suite 100 Orlando, FL 32837 | Secretary & Treasury | 33% of Interest in Parent Company |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Madhat Salem 2507 Investors Row Suite 100 Orlando, FL 32837 | Salary, Car Allowance and Corp Housing $350,000.00 | 04/08/2018 - 04/07/2019 | Vice President |
| | Relationship to debtor Vice President | | | |
| 30.2. | Majdi Salem 2507 Investors Row Suite 100 Orlando, FL 32837 | Salary, Car Allowance and Corp Housing $350,000.00 | 04/07/2018 - 04/07/2019 | Secretary and Treasury |
| | Relationship to debtor Secretary and Treasury | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| SOS Furniture Company, Inc | EIN:    03-0400452 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Debtor | **Mattress Pal Holding, LLC** | Case number *(if known)* | **6:19-bk-02247-CCJ** |
|---|---|---|---|

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May  7, 2019**

| /s/ Madhat Salem | Madhat Salem |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor     **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

| | Official Form 207 Part 3.1 | | |
|---|---|---|---|
| Date | Description | Amount | Payee |
| 2/15/2019 | 01/19 ACCT ANALYSIS FEE | $   (2,113.26) | Bank of America |
| 3/15/2019 | 02/19 ACCT ANALYSIS FEE | $     (355.60) | Bank of America |
| 1/15/2019 | 12/18 ACCT ANALYSIS FEE | $   (4,213.61) | Bank of America |
| 3/12/2019 | Camden Post Oak DES:WEB PMTS ID:1STS35 INDN:MATTRESS PAL HOLDING, CO ID:3760417730 WEB | $   (4,550.64) | Camden Post Oak |
| 3/12/2019 | Camden Post Oak DES:WEB PMTS ID:2STS35 INDN:MATTRESS PAL HOLDING, CO ID:3760417730 WEB | $   (9,075.14) | Camden Post Oak |
| 2/19/2019 | Camden Post Oak DES:WEB PMTS ID:C7VD15 INDN:Mattress Pal Holding, CO ID:3760417730 WEB | $     (169.66) | Camden Post Oak |
| 2/1/2019 | Camden Post Oak DES:WEB PMTS ID:F4XFZ4 INDN:Mattress Pal Holding L CO ID:3760417730 WEB | $   (4,410.65) | Camden Post Oak |
| 2/1/2019 | Camden Post Oak DES:WEB PMTS ID:Y4XFZ4 INDN:Mattress Pal Holding, CO ID:3760417730 WEB | $   (4,326.54) | Camden Post Oak |
| 3/4/2019 | Legal Order, LTS D030119000606 | $ (300,354.77) | |
| 1/25/2019 | TARA ENERGY LLC DES:DEBITDEBIT ID:1805310257 INDN:MATTRESS PAL HOLDINGS CO ID:9623505101 CCD | $  (33,167.29) | Tara Energy |
| 3/21/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000091510660 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $ (119,123.00) | Tempur-Pedic |
| 1/31/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000092469592 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $  (41,154.00) | Tempur-Pedic |
| 2/28/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000092637562 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $   (1,392.00) | Tempur-Pedic |
| 2/22/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000092889742 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $  (78,231.98) | Tempur-Pedic |
| 4/3/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000093101946 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $ (134,677.20) | Tempur-Pedic |
| 4/3/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000093233676 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $  (67,000.00) | Tempur-Pedic |
| 3/22/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000093272058 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $  (90,280.00) | Tempur-Pedic |
| 1/25/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000093513954 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $ (129,914.00) | Tempur-Pedic |
| 2/6/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000093923072 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $ (127,920.00) | Tempur-Pedic |
| 2/12/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000094525340 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $  (80,884.00) | Tempur-Pedic |
| 3/12/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000094940696 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $  (98,674.00) | Tempur-Pedic |
| 1/22/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000095087218 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $  (76,306.00) | Tempur-Pedic |
| 2/26/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000096131542 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $  (61,702.00) | Tempur-Pedic |
| 2/13/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000096151070 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $  (43,733.00) | Tempur-Pedic |
| 4/5/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000096808792 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $  (20,894.61) | Tempur-Pedic |
| 2/19/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000096912540 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $  (20,283.00) | Tempur-Pedic |
| 2/14/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000097631432 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $ (100,282.00) | Tempur-Pedic |
| 3/14/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000098099560 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $ (208,573.00) | Tempur-Pedic |
| 2/20/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000098531026 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $  (84,586.67) | Tempur-Pedic |
| 3/26/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000098889180 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $ (119,123.00) | Tempur-Pedic |
| 2/27/2019 | TEMPUR-PEDIC NOR DES:INTERNET ID:043000099815940 INDN:HISHAM SALAMAMATTRESS CO ID:9049034250 WEB | $  (70,782.00) | Tempur-Pedic |
| 4/3/2019 | TRANSFER MATTRESS PAL HOLDING:Navarro Hernandez, P Confirmation# 0632502505 | $  (75,000.00) | Navarro Hernandez |
| 4/4/2019 | TRANSFER MATTRESS PAL HOLDING:Navarro Hernandez, P Confirmation# 0641304740 | $  (35,292.15) | Navarro Hernandez |
| 1/31/2019 | 35534 | $   (9,084.85) | 3121 EBD Ocean, LLC |
| 2/20/2019 | 35647 | $   (9,084.85) | 3121 EBD Ocean, LLC |
| 3/19/2019 | 35769 | $   (9,084.85) | 3121 EBD Ocean, LLC |
| 2/14/2019 | 35620 | $  (10,764.78) | 4GF GROUP, LLC |
| 3/11/2019 | 35744 | $  (10,255.07) | 4GF GROUP, LLC |
| 1/18/2019 | 35505 | $     (246.00) | 4GF GROUP, LLC |
| 1/10/2019 | 35422 | $   (7,942.85) | 529 FRY PLAZA, LLC |
| 2/15/2019 | 35648 | $   (7,942.85) | 529 FRY PLAZA, LLC |
| 3/14/2019 | 35782 | $   (7,942.85) | 529 FRY PLAZA, LLC |
| 3/13/2019 | 35783 | $  (12,089.23) | 5811 MEMORIAL DRIVE LP |
| 3/13/2019 | 35786 | $  (11,028.78) | 5811 MEMORIAL DRIVE LP |

|  | Official Form 207 Part 3.1 |  |  |
|---|---|---|---|
| Date | Description | Amount | Payee |
| 3/13/2019 | 35790 | $ (12,089.00) | 5811 MEMORIAL DRIVE LP |
| 2/7/2019 | 35588 | $ (12,089.23) | 5811 MEMORIAL DRIVE LP |
| 1/11/2019 | 35445 | $ (12,580.38) | 8920 Spencer LP |
| 2/15/2019 | 35643 | $ (12,580.38) | 8920 Spencer LP |
| 3/12/2019 | 35770 | $ (12,580.38) | 8920 Spencer LP |
| 2/8/2019 | 35630 | $ (11,797.17) | A & Z Auto Service Auto Service |
| 1/15/2019 | 35398 | $ (10,291.60) | Alpine West Lake, LLC Lincoln Property C |
| 2/19/2019 | 35600 | $ (10,291.60) | Alpine West Lake, LLC Lincoln Property C |
| 3/14/2019 | 35727 | $ (10,291.60) | Alpine West Lake, LLC Lincoln Property C |
| 3/18/2019 | 35803 | $ (11,544.50) | ANDERSON MILL ACQUISITIONS, LLC |
| 1/10/2019 | Check | $ (11,544.50) | ANDERSON MILL ACQUISITIONS, LLC |
| 1/10/2019 | Check | $ (11,695.02) | ANDERSON MILL ACQUISITIONS, LLC |
| 2/22/2019 | Check | $ (11,544.50) | ANDERSON MILL ACQUISITIONS, LLC |
| 1/22/2019 | 35405 | $ (9,710.22) | AREP BAYTOWN I PARTNERS LP |
| 2/8/2019 | 35586 | $ (9,710.22) | AREP BAYTOWN I PARTNERS LP |
| 3/11/2019 | 35729 | $ (9,710.22) | AREP BAYTOWN I PARTNERS LP |
| 2/26/2019 | 35683 | $ (9,433.68) | A-S 128 Grand Parkway-Morton Ranch Rd. |
| 3/18/2019 | 35833 | $ (500.00) | A-S 128 Grand Parkway-Morton Ranch Rd. |
| 3/25/2019 | 35829 | $ (9,433.68) | A-S 128 Grand Parkway-Morton Ranch Rd. |
| 1/18/2019 | 35467 | $ (10,578.75) | AS 92 HWY 59-READING ROAD L.P |
| 1/31/2019 | 35545 | $ (1,240.66) | AS 92 HWY 59-READING ROAD L.P |
| 2/7/2019 | 35583 | $ (11,290.47) | AS 92 HWY 59-READING ROAD L.P |
| 3/18/2019 | 35748 | $ (11,290.47) | AS 92 HWY 59-READING ROAD L.P |
| 1/18/2019 | 35465 | $ (10,500.00) | A-S 93 SH 130-SH 45, L.P. |
| 2/7/2019 | 35587 | $ (10,500.00) | A-S 93 SH 130-SH 45, L.P. |
| 3/11/2019 | 35746 | $ (10,500.00) | A-S 93 SH 130-SH 45, L.P. |
| 1/11/2019 | 35443 | $ (7,491.25) | Austin II SIV, LLC |
| 2/26/2019 | 35679 | $ (7,491.25) | Austin II SIV, LLC |
| 3/20/2019 | 35830 | $ (7,491.25) | Austin II SIV, LLC |
| 4/5/2019 | 35831 | $ (9,083.44) | Austin II SIV, LLC |
| 2/1/2019 | 35570 | $ (14,987.65) | Bank of America |
| 2/1/2019 | 35571 | $ (16,230.65) | Bank of America |
| 2/21/2019 | 35657 | $ (47,646.25) | Bank of America |
| 2/21/2019 | 35690 | $ (3,423.08) | Bank of America |
| 3/11/2019 | 35762 | $ (18,980.34) | Bank of America |
| 3/21/2019 | 35843 | $ (1,471.19) | Bank of America |
| 2/21/2019 | 35693 | $ (3,695.85) | Bank of America |
| 1/15/2019 | 35404 | $ (8,742.12) | Bastrop Little Colony |
| 2/25/2019 | 35667 | $ (8,742.12) | Bastrop Little Colony |
| 3/18/2019 | 35809 | $ (8,742.12) | Bastrop Little Colony |
| 1/10/2019 | 35403 | $ (13,897.00) | Baybrook Marketplace Outparcel |
| 2/21/2019 | 35659 | $ (13,897.00) | BAYBROOK MARKETPLACE OUTPARCEL, LLC |
| 3/15/2019 | 35804 | $ (13,897.00) | BAYBROOK MARKETPLACE OUTPARCEL, LLC |
| 1/10/2019 | 35431 | $ (14,355.55) | BK GROGANS MILL, LTD |

|  | Official Form 207 Part 3.1 |  |  |
| --- | --- | --- | --- |
| Date | Description | Amount | Payee |
| 2/22/2019 | 35670 | $ (14,355.55) | BK GROGANS MILL, LTD |
| 3/19/2019 | 35810 | $ (15,302.82) | BK GROGANS MILL, LTD |
| 3/21/2019 | 35812 | $ (13,733.20) | BK GROGANS MILL, LTD |
| 1/10/2019 | 35441 | $ (8,419.26) | Blazing Willows Property Investments |
| 2/25/2019 | 35678 | $ (8,419.26) | Blazing Willows Property Investments |
| 3/19/2019 | 35822 | $ (8,419.26) | Blazing Willows Property Investments |
| 1/11/2019 | 35435 | $ (10,104.86) | BLUECAP, LTD. |
| 2/7/2019 | 35585 | $ (10,104.86) | BLUECAP, LTD. |
| 3/8/2019 | 35736 | $ (10,104.86) | BLUECAP, LTD. |
| 2/1/2019 | 35082 | $ (25,000.00) | Brian. D. Womac, IOLTA |
| 1/28/2019 | 35447 | $ (7,265.44) | BVMC LUFKIN, LLC |
| 2/26/2019 | 35682 | $ (7,265.44) | BVMC LUFKIN, LLC |
| 3/26/2019 | 35851 | $ (3,833.24) | BVMC LUFKIN, LLC |
| 3/28/2019 | 35850 | $ (7,265.44) | BVMC LUFKIN, LLC |
| 1/17/2019 | 35421 | $ (9,083.44) | BVMC WACO FRANKLIN VILLAGE, LLC |
| 1/10/2019 | 35410 | $ (5,000.00) | C/O AGGIELAND PRINTING |
| 3/22/2019 | 35823 | $ (7,265.44) | C/O AGGIELAND PRINTING |
| 3/14/2019 | 35763 | $ (13,417.00) | CAVENDER INVESTMENT PROPERTIES C, LTD |
| 1/15/2019 | 35408 | $ (13,417.00) | CAVENDERS INVESTMENT PROPERTIES C, LTD |
| 2/21/2019 | 35634 | $ (13,417.00) | CAVENDERS INVESTMENT PROPERTIES C, LTD |
| 1/31/2019 | 35547 | $ (52,695.00) | CH RETAIL FUND I/HOUSTON RICE VILLAGE L.P |
| 2/7/2019 | 35580 | $ (26,347.50) | CH RETAIL FUND I/HOUSTON RICE VILLAGE L.P |
| 3/11/2019 | 35738 | $ (26,347.50) | CH RETAIL FUND I/HOUSTON RICE VILLAGE L.P |
| 1/15/2019 | 35417 | $ (7,454.12) | CH Retail Fund II/Houston Ella Plaza, LP |
| 2/28/2019 | 35661 | $ (7,454.12) | CH Retail Fund II/Houston Ella Plaza, LP |
| 3/18/2019 | 35805 | $ (7,454.12) | CH Retail Fund II/Houston Ella Plaza, LP |
| 2/4/2019 | 35559 | $ (16,150.00) | CJL  CAPITAL INVESTMENTS |
| 2/25/2019 | 35685 | $ (7,900.00) | CJL  CAPITAL INVESTMENTS |
| 3/22/2019 | 35824 | $ (7,900.00) | CJL  CAPITAL INVESTMENTS |
| 3/25/2019 | 35825 | $ (10,370.00) | CJL  CAPITAL INVESTMENTS |
| 1/15/2019 | 35409 | $ (9,815.50) | Clearwood/Edgebrook Crossings, LTD |
| 2/20/2019 | 35614 | $ (9,815.50) | Clearwood/Edgebrook Crossings, LTD |
| 3/11/2019 | 35730 | $ (9,815.50) | Clearwood/Edgebrook Crossings, LTD |
| 1/17/2019 | 35413 | $ (10,563.40) | CONROE MARKETPALCE S.C., L.P |
| 1/18/2019 | 35487 | $ (10,563.40) | CONROE MARKETPALCE S.C., L.P |
| 2/19/2019 | 35616 | $ (10,563.40) | CONROE MARKETPALCE S.C., L.P |
| 3/11/2019 | 35732 | $ (10,563.40) | CONROE MARKETPALCE S.C., L.P |
| 1/15/2019 | 35414 | $ (11,177.05) | COPPERWOOD VILLAGE, LP |
| 2/8/2019 | 35593 | $ (11,177.05) | COPPERWOOD VILLAGE, LP |
| 3/11/2019 | 35733 | $ (11,177.05) | COPPERWOOD VILLAGE, LP |
| 1/9/2019 | 30069 | $ (210,128.00) | Corsicana |
| 1/28/2019 | 30070 | $ (66,393.00) | Corsicana |
| 3/18/2019 | 30082 | $ (177,128.00) | Corsicana |
| 4/2/2019 | 30094 | $ (15,592.00) | Corsicana |

Copy of Form 207 Part 3.1

| | Official Form 207 Part 3.1 | | |
|---|---|---|---|
| Date | Description | Amount | Payee |
| 1/31/2019 | 35449 | $ (7,962.50) | CRAZY SPIRIT, LLC |
| 2/27/2019 | 35663 | $ (7,962.50) | CRAZY SPIRIT, LLC |
| 3/21/2019 | 35807 | $ (9,879.17) | CRAZY SPIRIT, LLC |
| 2/5/2019 | 35428 | $ (13,509.71) | CSW Development |
| 1/22/2019 | 35517 | $ (2,053.00) | D.M Delivery |
| 1/29/2019 | 35553 | $ (1,440.00) | D.M Delivery |
| 2/8/2019 | 35606 | $ (743.00) | D.M Delivery |
| 2/8/2019 | 35627 | $ (1,620.00) | D.M Delivery |
| 2/19/2019 | 35688 | $ (1,760.00) | D.M Delivery |
| 3/8/2019 | 35720 | $ (1,889.00) | D.M Delivery |
| 3/18/2019 | 35836 | $ (6,083.00) | D.M Delivery |
| 3/19/2019 | 35837 | $ (754.82) | D.M Delivery |
| 3/25/2019 | 35860 | $ (2,173.00) | D.M Delivery |
| 4/1/2019 | 35838 | $ (16,517.42) | D.M Delivery |
| 1/15/2019 | 35400 | $ (8,725.00) | DAVIS BROS, LLC |
| 2/19/2019 | 35613 | $ (8,725.00) | DAVIS BROS, LLC |
| 3/11/2019 | 35728 | $ (8,725.00) | DAVIS BROS, LLC |
| 4/4/2019 | 35752 | $ (11,547.38) | DDR WILLOWBROOK PLAZA LP |
| 1/24/2019 | 35521 | $ (7,770.00) | Dourid Mousa |
| 1/28/2019 | 35550 | $ (7,000.00) | Dourid Mousa |
| 2/1/2019 | 35576 | $ (7,000.00) | Dourid Mousa |
| 2/25/2019 | 35709 | $ (17,973.00) | Dourid Mousa |
| 3/11/2019 | 35726 | $ (10,000.00) | Dourid Mousa |
| 3/13/2019 | 35779 | $ (1,500.00) | Dourid Mousa |
| 1/22/2019 | 35516 | $ (15,426.00) | DTS LOGISTIXS LLC |
| 1/29/2019 | 35552 | $ (14,476.00) | DTS LOGISTIXS LLC |
| 2/8/2019 | 35609 | $ (13,063.00) | DTS LOGISTIXS LLC |
| 2/11/2019 | 35628 | $ (12,033.00) | DTS LOGISTIXS LLC |
| 2/19/2019 | 35689 | $ (12,560.00) | DTS LOGISTIXS LLC |
| 3/8/2019 | 35721 | $ (14,360.00) | DTS LOGISTIXS LLC |
| 3/12/2019 | 35797 | $ (15,620.00) | DTS LOGISTIXS LLC |
| 3/18/2019 | 35834 | $ (12,713.00) | DTS LOGISTIXS LLC |
| 3/26/2019 | 35863 | $ (9,963.00) | DTS LOGISTIXS LLC |
| 3/29/2019 | 35868 | $ (10,703.00) | DTS LOGISTIXS LLC |
| 2/25/2019 | 35711 | $ (13,080.00) | DTS LOGISTIXS LLC |
| 1/18/2019 | 35387 | $ (7,180.00) | EWTMC I, LLC |
| 1/18/2019 | 35452 | $ (7,415.95) | EWTMC I, LLC |
| 2/20/2019 | 35653 | $ (7,415.95) | EWTMC I, LLC |
| 3/15/2019 | 35784 | $ (7,415.95) | EWTMC I, LLC |
| 3/18/2019 | 35787 | $ (6,700.86) | EWTMC I, LLC |
| 1/18/2019 | 35388 | $ (3,999.73) | EWTMC I, LLC |
| 1/14/2019 | 35444 | $ (11,373.32) | FERRYPORT WINGS, LLC |
| 2/15/2019 | 35618 | $ (11,503.39) | FERRYPORT WINGS, LLC |
| 3/19/2019 | 35739 | $ (11,503.39) | FERRYPORT WINGS, LLC |

|  | Official Form 207 Part 3.1 | | |
|---|---|---|---|
| Date | Description | Amount | Payee |
| 1/14/2019 | 35427 | $ (11,220.84) | FORT BEND LMF RETAIL LLC |
| 2/15/2019 | 35641 | $ (11,220.84) | FORT BEND LMF RETAIL LLC |
| 3/12/2019 | 35771 | $ (11,220.84) | FORT BEND LMF RETAIL LLC |
| 2/4/2019 | 35532 | $ (7,710.00) | FORZA DGV, LLC |
| 2/15/2019 | 35646 | $ (7,710.00) | FORZA DGV, LLC |
| 3/12/2019 | 35772 | $ (7,710.00) | FORZA DGV, LLC |
| 3/12/2019 | 35773 | $ (12,983.25) | FORZA DGV, LLC |
| 1/22/2019 | 35507 | $ (14,944.44) | Garter Law Firm, PC |
| 3/14/2019 | 35781 | $ (7,981.33) | HAYDEN CENTER, LLC |
| 1/14/2019 | 35406 | $ (7,669.17) | HEB GROCERY COMPANY, LP |
| 2/22/2019 | 35674 | $ (7,669.17) | HEB GROCERY COMPANY, LP |
| 3/20/2019 | 35819 | $ (7,669.17) | HEB GROCERY COMPANY, LP |
| 1/17/2019 | 35466 | $ (15,676.00) | Houston Pier LLC |
| 2/15/2019 | 35621 | $ (15,676.00) | Houston Pier LLC |
| 3/12/2019 | 35747 | $ (15,676.00) | Houston Pier LLC |
| 1/10/2019 | 35433 | $ (9,216.67) | HUNTSVILLE SPE-MW LLC |
| 2/14/2019 | 35617 | $ (9,216.67) | HUNTSVILLE SPE-MW LLC |
| 3/12/2019 | 35735 | $ (9,216.67) | HUNTSVILLE SPE-MW LLC |
| 2/19/2019 | 35644 | $ (12,983.25) | Hyer Family Trust |
| 1/23/2019 | 35518 | $ (7,981.00) | I-10 HAYDEN, LTD |
| 2/15/2019 | 35645 | $ (7,981.33) | I-10 HAYDEN, LTD |
| 1/11/2019 | 35416 | $ (8,219.23) | Inland American Retail Management, LLC |
| 2/20/2019 | 35635 | $ (8,219.23) | Inland American Retail Management, LLC |
| 3/18/2019 | 35764 | $ (8,219.23) | Inland American Retail Management, LLC |
| 2/6/2019 | 35597 | $ (13,623.64) | INLAND AMERICAN RETAIL MANAGEMENT, LLC2 |
| 3/13/2019 | 35750 | $ (13,623.64) | INLAND AMERICAN RETAIL MANAGEMENT, LLC2 |
| 3/19/2019 | 30083 | $ (11,877.00) | innova |
| 3/11/2019 | 35776 | $ (6,400.00) | ISHINE CLEANING SERVICE |
| 3/11/2019 | 35777 | $ (910.38) | ISHINE CLEANING SERVICE |
| 1/10/2019 | 35454 | $ (1,494.81) | JEREMIAS CHAJ PAXTOR |
| 1/15/2019 | 35497 | $ (1,816.88) | JEREMIAS CHAJ PAXTOR |
| 2/5/2019 | 35579 | $ (1,657.10) | JEREMIAS CHAJ PAXTOR |
| 2/25/2019 | 35704 | $ (4,325.00) | JEREMIAS CHAJ PAXTOR |
| 3/15/2019 | 35818 | $ (1,605.00) | JEREMIAS CHAJ PAXTOR |
| 3/22/2019 | 35853 | $ (2,000.00) | JEREMIAS CHAJ PAXTOR |
| 3/29/2019 | 35873 | $ (4,017.00) | JEREMIAS CHAJ PAXTOR |
| 4/4/2019 | 35874 | $ (1,729.03) | JEREMIAS CHAJ PAXTOR |
| 3/21/2019 | 25845 | $ (2,751.50) | JEREMIAS CHAJ PAXTOR |
| 2/11/2019 | 35558 | $ (17,445.38) | Katy Freeway Properties, LLC |
| 1/11/2019 | 35429 | $ (17,445.38) | Katy Freeway Properties, LLC |
| 1/16/2019 | 35332 | $ (1,334.96) | Katy Freeway Properties, LLC |
| 2/7/2019 | 35594 | $ (10,798.13) | KINGWOOD COMMONS |
| 3/11/2019 | 35737 | $ (10,798.13) | KRG Kingwood, LLC |
| 2/15/2019 | 35638 | $ (10,500.34) | KRUPA PROPERTIES II, LLC |

| | Official Form 207 Part 3.1 | | |
|---|---|---|---|
| Date | Description | Amount | Payee |
| 3/12/2019 | 35765 | $ (10,500.34) | KRUPA PROPERTIES II, LLC |
| 3/21/2019 | 35767 | $ (11,891.92) | KRUPA PROPERTIES II, LLC |
| 1/22/2019 | 35425 | $ (8,890.00) | LAMSON NGUYEN |
| 2/22/2019 | 35636 | $ (8,890.00) | LAMSON NGUYEN |
| 3/15/2019 | 35766 | $ (8,890.00) | LAMSON NGUYEN |
| 3/26/2019 | 35828 | $ (104,898.80) | Liberty Property Limited Partnership |
| 1/22/2019 | 35491 | $ (52,873.65) | Liberty Property Limited Partnership |
| 1/14/2019 | 35432 | $ (16,517.42) | LOUIS E. WOLFE, LLC |
| 2/19/2019 | 35642 | $ (16,517.42) | LOUIS E. WOLFE, LLC |
| 2/19/2019 | 35637 | $ (11,891.92) | Luel Partnership |
| 3/21/2019 | 35775 | $ (11,384.85) | Luel Partnership |
| 2/28/2019 | 35715 | $ (5,000.00) | Majdi Salem |
| 3/26/2019 | 35862 | $ (20,000.00) | Majdi Salem |
| 2/11/2019 | 35584 | $ (12,045.72) | MALISA PEARLAND, L.P. |
| 3/11/2019 | 35745 | $ (12,045.72) | MALISA PEARLAND, L.P. |
| 2/15/2019 | 35619 | $ (12,586.33) | Market Crenshaw |
| 3/11/2019 | 35743 | $ (12,586.33) | Market Crenshaw |
| 3/13/2019 | 30081 | $ (100,000.00) | mattress 1 one(4001 interest ltd settlement) |
| 3/13/2019 | 30080 | $ (206,546.61) | mattress 1 one(payroll ) |
| 3/21/2019 | 30093 | $ (59,551.99) | mattress 1 one(tara energy) |
| 1/18/2019 | 35474 | $ (10,370.00) | MD Andrew Place, LLC |
| 2/27/2019 | 35684 | $ (10,370.00) | MD Andrew Place, LLC |
| 1/11/2019 | 35460 | $ (7,541.60) | MEGAS ENTERPRISES, INC |
| 2/22/2019 | 35671 | $ (7,541.60) | MEGAS ENTERPRISES, INC |
| 3/15/2019 | 35811 | $ (7,541.60) | MEGAS ENTERPRISES, INC |
| 3/18/2019 | 35813 | $ (12,375.00) | MEGAS ENTERPRISES, INC |
| 1/16/2019 | 35418 | $ (13,733.20) | Memorial At Dairy Ashford Center, Ltd. |
| 2/26/2019 | 35669 | $ (13,733.20) | Memorial At Dairy Ashford Center, Ltd. |
| 1/11/2019 | 35451 | $ (13,603.00) | Meyerland Court Shipping Center LLC |
| 2/6/2019 | 35595 | $ (13,603.00) | Meyerland Court Shipping Center LLC |
| 3/8/2019 | 35742 | $ (14,571.76) | Meyerland Court Shipping Center LLC |
| 2/11/2019 | 35622 | $ (69,349.40) | NGUYEN AND CHEN LLP |
| 2/22/2019 | 35664 | $ (8,416.00) | NORTHLINE COMMONS LLC |
| 3/19/2019 | 35802 | $ (8,416.00) | NORTHLINE COMMONS LLC |
| 3/19/2019 | 35800 | $ (8,416.00) | NORTHLINE COMMONS LLC |
| 1/29/2019 | 35548 | $ (12,589.75) | Parkshire Center II Limited |
| 2/19/2019 | 35655 | $ (12,342.25) | Parkshire Center II Limited |
| 3/13/2019 | 35789 | $ (12,322.43) | Parkshire Center II Limited |
| 3/14/2019 | 35785 | $ (12,512.25) | Parkshire Center II Limited |
| 4/4/2019 | 35857 | $ (10,320.70) | PERDUE BRANDON LLP |
| 1/23/2019 | 35477 | $ (9,879.17) | PRC Investments, Ltd. |
| 2/22/2019 | 35665 | $ (9,879.17) | PRC Investments, Ltd. |
| 3/21/2019 | 35808 | $ (9,436.00) | PRC Investments, Ltd. |
| 2/19/2019 | 35533 | $ (7,411.18) | PRICE/BAYBROOK LTD. |

| | Official Form 207 Part 3.1 | | |
|---|---|---|---|
| Date | Description | Amount | Payee |
| 2/22/2019 | 35681 | $ (7,411.18) | PRICE/BAYBROOK LTD. |
| 3/26/2019 | 35820 | $ (7,411.18) | PRICE/BAYBROOK LTD. |
| 1/14/2019 | 35434 | $ (11,028.78) | PUSHPA ENTERPRISES, LLC |
| 2/14/2019 | 35656 | $ (11,028.78) | PUSHPA ENTERPRISES, LLC |
| 1/11/2019 | 35442 | $ (6,700.86) | REDDY CYPRESSWOOD, LP |
| 3/18/2019 | 35780 | $ (6,900.86) | REDDY CYPRESSWOOD, LP |
| 1/14/2019 | 35415 | $ (12,375.00) | RUDISILL PROPERTIES, LLC |
| 2/22/2019 | 35668 | $ (12,375.00) | RUDISILL PROPERTIES, LLC |
| 1/22/2019 | 35446 | $ (10,114.32) | SDI Realty |
| 3/12/2019 | 35680 | $ (10,114.32) | SDI Realty |
| 1/14/2019 | 35407 | $ (9,436.00) | SILVERLAKE VILLAGE, LP |
| 2/25/2019 | 35660 | $ (9,436.00) | SILVERLAKE VILLAGE, LP |
| 1/9/2019 | 35378 | $ (274.00) | SIMI-SPRING, LLC |
| 1/11/2019 | 35479 | $ (13,058.75) | SIMI-SPRING, LLC |
| 2/15/2019 | 35596 | $ (13,058.75) | SIMI-SPRING, LLC |
| 3/12/2019 | 35749 | $ (13,058.75) | SIMI-SPRING, LLC |
| 1/28/2019 | 35494 | $ (8,968.75) | Spillar Properties, LLC |
| 2/4/2019 | 35572 | $ (9,847.63) | Spillar Properties, LLC |
| 2/26/2019 | 35686 | $ (9,408.19) | Spillar Properties, LLC |
| 3/21/2019 | 35826 | $ (9,408.19) | Spillar Properties, LLC |
| 1/28/2019 | 35531 | $ (11,773.34) | Veekay Investments, Ltd. |
| 1/28/2019 | 35549 | $ (11,823.34) | Veekay Investments, Ltd. |
| 2/25/2019 | 35673 | $ (11,773.34) | Veekay Investments, Ltd. |
| 3/18/2019 | 35814 | $ (11,773.34) | Veekay Investments, Ltd. |
| 2/19/2019 | 35519 | $ (6,725.65) | VICTORIA MALL, LP c/o HULL STOREY GIBSON |
| 2/20/2019 | 35640 | $ (6,725.65) | VICTORIA MALL, LP c/o HULL STOREY GIBSON |
| 3/13/2019 | 35768 | $ (6,725.65) | VICTORIA MALL, LP c/o HULL STOREY GIBSON |
| 1/15/2019 | 35412 | $ (12,156.00) | Vista Sugarland Commons, LTD |
| 2/15/2019 | 35615 | $ (12,156.00) | Vista Sugarland Commons, LTD |
| 3/11/2019 | 35731 | $ (12,156.00) | Vista Sugarland Commons, LTD |
| 1/10/2019 | 30068 | $ (16,038.00) | W. Silver |
| 2/19/2019 | 30071 | $ (16,038.00) | W. Silver |
| 2/11/2019 | 35581 | $ (11,519.43) | Weingarten Realty Investors |
| 3/12/2019 | 35734 | $ (12,519.43) | Weingarten Realty Investors |
| 2/8/2019 | 35598 | $ (11,010.92) | Weingarten Realty Investors1 |
| 3/12/2019 | 35751 | $ (11,010.92) | Weingarten Realty Investors1 |
| 2/22/2019 | 35672 | $ (6,939.00) | WEINGARTEN/INVESTMENTS, INC. |
| 3/20/2019 | 35815 | $ (6,939.00) | WEINGARTEN/INVESTMENTS, INC. |
| 1/15/2019 | 35419 | $ (8,437.33) | Westdale Fairmont, LP |
| 2/26/2019 | 35675 | $ (8,437.33) | Westdale Fairmont, LP |
| 3/26/2019 | 35832 | $ (9,977.33) | Westdale Fairmont, LP |
| 2/4/2019 | 35560 | $ (8,273.61) | WESTHEIMER CROSSING, LP |
| 1/25/2019 | 35544 | $ (1,769.24) | Wilbert perez |
| 2/8/2019 | 35623 | $ (2,874.13) | Wilbert perez |

| | Official Form 207 Part 3.1 | | |
|---|---|---|---|
| Date | Description | Amount | Payee |
| 3/25/2019 | 35852 | $ (2,031.88) | Wilbert perez |
| 1/10/2019 | 35456 | $ (6,751.46) | wilbert perez ( cashiers check for jan rent for w/e) |
| 1/15/2019 | 35502 | $ (33,010.83) | wilbert perez ( cashiers check for mueller) |
| 1/15/2019 | 35503 | $ (22,277.55) | wilbert perez ( cashiers check for tomball east) |
| 1/15/2019 | 35501 | $ (41,255.66) | wilbert perez ( cashiers check for wilcrest) |
| 1/23/2019 | 35542 | $ (8,296.33) | wilbert perez (cashiers check for dec rent uvalde) |
| 1/23/2019 | 35541 | $ (16,357.93) | wilbert perez (cashiers check for jan rent pearland parkway) |
| 1/25/2019 | 35543 | $ (45,478.14) | Wilbert perez(cashiers check for pearland, navarro, southshore, morton ranch) |
| 1/17/2019 | 35448 | $ (13,197.99) | WOODLANDS CROSSING RETAIL CENTER OF TEXAS |
| 2/6/2019 | 35582 | $ (13,197.99) | WOODLANDS CROSSING RETAIL CENTER OF TEXAS |
| 3/12/2019 | 35740 | $ (13,197.99) | WOODLANDS CROSSING RETAIL CENTER OF TEXAS |
| 1/16/2019 | 35453 | $ (10,108.73) | WRI MUELLER LLC |
| 2/20/2019 | 35654 | $ (10,108.73) | WRI MUELLER LLC |
| 3/25/2019 | 35854 | $ (10,108.73) | WRI MUELLER LLC |
| 1/10/2019 | 35423 | $ (12,322.45) | YURDI, LLC |
| 2/19/2019 | 35649 | $ (8,700.00) | YURDI, LLC |
| 1/15/2019 | 35386 | $ (8,281.33) | I-10 HAYDEN, LTD |
| 2/1/2019 | | $ (189,840.61) | Paychex |
| 1/18/2019 | | $ (192,356.85) | Paychex |
| 2/15/2019 | | $ (182,452.82) | Paychex |
| 3/1/2019 | | $ (219,348.63) | Paychex |
| 3/15/2019 | | $ (178,183.06) | Paychex |
| 3/29/2019 | | $ (178,954.95) | Paychex |