**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-02247 | LVV | Judge: | Lori V. Vaughan | Trustee Name: | Marie E. Henkel |
|---|---|---|---|---|---|---|
| Case Name: | Mattress Pal Holding, LLC | | | | Date Filed (f) or Converted (c): | 12/26/2019 (c) |
| | | | | | 341(a) Meeting Date: | 02/04/2020 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 03/05/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of America Primary Checking 3122 | 46,600.71 | 0.00 | | 0.00 | FA |
| 2. Bank of America Payroll 8913 | 5,281.82 | 0.00 | | 0.00 | FA |
| 3. Bank of America Receivable 8939 | 2,791.93 | 0.00 | | 2,660.87 | FA |
| 4. Bank of America Counter Deposit 8926 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Bank of America Checking 4350 | 0.00 | 0.00 | | 0.00 | FA |
| 6. Bank of America Checking 4363 | 0.00 | 0.00 | | 0.00 | FA |
| 7. Bank of America 4376 | 0.00 | 0.00 | | 0.00 | FA |
| 8. Bank of America 8926 | 0.00 | 0.00 | | 0.00 | FA |
| 9. Deposit : Tara Energy | 18,000.00 | 0.00 | | 0.00 | FA |
| 10. Deposit : Suddenlink | 300.00 | 0.00 | | 0.00 | FA |
| 11. Deposit : Sparkletts | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 12. Deposit : US Energy | 300.00 | 0.00 | | 0.00 | FA |
| 13. Deposit : Reliant Energy | 150.00 | 0.00 | | 0.00 | FA |
| 14. Deposit : T Mobile | 175.00 | 0.00 | | 0.00 | FA |
| 15. Deposit : Comcast | 300.00 | 0.00 | | 0.00 | FA |
| 16. Deposit : Consolidated Communication | 120.00 | 0.00 | | 0.00 | FA |
| 17. Deposit : Frontier | 300.00 | 0.00 | | 0.00 | FA |
| 18. Deposit : Time Warner | 150.00 | 0.00 | | 0.00 | FA |
| 19. Deposit : TW Cable | 500.00 | 0.00 | | 0.00 | FA |
| 20. Deposit : Windstream | 150.00 | 0.00 | | 0.00 | FA |
| 21. Deposit : US Connect | 300.00 | 0.00 | | 0.00 | FA |
| 22. Deposit : AT&T | 1,200.00 | 0.00 | | 0.00 | FA |
| 23. Deposit : Waste Connection | 100.00 | 0.00 | | 0.00 | FA |
| 24. Deposit : Victoria Utility | 100.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-02247 | LVV | Judge: | Lori V. Vaughan | Trustee Name: | Marie E. Henkel |
|---|---|---|---|---|---|---|
| Case Name: | Mattress Pal Holding, LLC | | | | Date Filed (f) or Converted (c): | 12/26/2019 (c) |
| | | | | | 341(a) Meeting Date: | 02/04/2020 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 03/05/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Deposit : Entergy Texas | 800.00 | 0.00 | | 0.00 | FA |
| 26. Deposit : Entouch Systems | 200.00 | 0.00 | | 0.00 | FA |
| 27. Deposit : City of Austin | 840.00 | 0.00 | | 0.00 | FA |
| 28. Deposit : City of College | 440.00 | 0.00 | | 0.00 | FA |
| 29. Deposit : City of Humble | 180.00 | 0.00 | | 0.00 | FA |
| 30. Deposit : City of Rosenburg | 120.00 | 0.00 | | 0.00 | FA |
| 31. Deposit : City of Sugarland | 100.00 | 0.00 | | 0.00 | FA |
| 32. Deposit : City of Temple | 160.00 | 0.00 | | 0.00 | FA |
| 33. Deposit : City of Livingston | 555.00 | 0.00 | | 0.00 | FA |
| 34. Deposit : Atascosita | 8,090.75 | 0.00 | | 0.00 | FA |
| 35. Deposit : Bastrop | 7,750.00 | 0.00 | | 0.00 | FA |
| 36. Deposit : Bay Area Blvd | 11,590.00 | 0.00 | | 0.00 | FA |
| 37. Deposit : Baybrook Mall | 8,676.00 | 0.00 | | 0.00 | FA |
| 38. Deposit : Baytown | 8,524.10 | 0.00 | | 0.00 | FA |
| 39. Deposit : Beaumont | 7,669.17 | 0.00 | | 0.00 | FA |
| 40. Deposit : Broadway St | 9,086.00 | 0.00 | | 0.00 | FA |
| 41. Deposit : Cavenders | 13,417.00 | 0.00 | | 0.00 | FA |
| 42. Deposit : Clearwood | 9,815.50 | 0.00 | | 0.00 | FA |
| 43. Deposit : Aggieland Printing | 5,000.00 | 0.00 | | 0.00 | FA |
| 44. Deposit : Conroe Market Place | 10,656.67 | 0.00 | | 0.00 | FA |
| 45. Deposit : Copperfield | 11,112.05 | 0.00 | | 0.00 | FA |
| 46. Deposit : Costco Telfair | 12,156.00 | 0.00 | | 0.00 | FA |
| 47. Deposit : Deerbrook | 10,250.00 | 0.00 | | 0.00 | FA |
| 48. Deposit : Dickinson | 8,219.23 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-02247 | LVV | Judge: | Lori V. Vaughan | Trustee Name: | Marie E. Henkel |
|---|---|---|---|---|---|---|
| Case Name: | Mattress Pal Holding, LLC | | | | Date Filed (f) or Converted (c): | 12/26/2019 (c) |
| | | | | | 341(a) Meeting Date: | 02/04/2020 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 03/05/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 49. Deposit : Ella Blvd | 7,224.25 | 0.00 | | 0.00 | FA |
| 50. Deposit : Energy Corridor | 12,316.67 | 0.00 | | 0.00 | FA |
| 51. Deposit : Fairmont | 8,450.26 | 0.00 | | 0.00 | FA |
| 52. Deposit : Fry & 529 | 7,590.15 | 0.00 | | 0.00 | FA |
| 53. Deposit : Franklin Village | 7,818.00 | 0.00 | | 0.00 | FA |
| 54. Deposit : Fulshear | 10,950.00 | 0.00 | | 0.00 | FA |
| 55. Deposit : Galveston | 8,890.00 | 0.00 | | 0.00 | FA |
| 56. Deposit : Galleria | 10,319.68 | 0.00 | | 0.00 | FA |
| 57. Deposit : Georgetown | 10,625.00 | 0.00 | | 0.00 | FA |
| 58. Deposit : Grand Pkwy N | 11,090.00 | 0.00 | | 0.00 | FA |
| 59. Deposit : Greenlawn | 13,509.71 | 0.00 | | 0.00 | FA |
| 60. Deposit : Grogans Mill | 12,582.77 | 0.00 | | 0.00 | FA |
| 61. Deposit : Humble E | 16,517.42 | 0.00 | | 0.00 | FA |
| 62. Deposit : Huntsville | 8,358.33 | 0.00 | | 0.00 | FA |
| 63. Deposit : Hwy 290 & Fry | 10,200.00 | 0.00 | | 0.00 | FA |
| 64. Deposit : Killeen Mall | 8,439.65 | 0.00 | | 0.00 | FA |
| 65. Deposit : Katy Crossing | 8,811.66 | 0.00 | | 0.00 | FA |
| 66. Deposit : Kingwood | 10,687.54 | 0.00 | | 0.00 | FA |
| 67. Deposit : Kirby | 20,465.55 | 0.00 | | 0.00 | FA |
| 68. Deposit : Kuykendahl | 6,700.86 | 0.00 | | 0.00 | FA |
| 69. Deposit : La Porte | 10,138.75 | 0.00 | | 0.00 | FA |
| 70. Deposit : Lake Jackson | 9,916.67 | 0.00 | | 0.00 | FA |
| 71. Deposit : Lakeline | 7,161.86 | 0.00 | | 0.00 | FA |
| 72. Deposit : Livingston | 9,481.77 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-02247 | LVV | Judge: | Lori V. Vaughan | Trustee Name: | Marie E. Henkel |
|---|---|---|---|---|---|---|
| Case Name: | Mattress Pal Holding, LLC | | | | Date Filed (f) or Converted (c): | 12/26/2019 (c) |
| | | | | | 341(a) Meeting Date: | 02/04/2020 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 03/05/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 73. Deposit : Lufkin | 6,780.00 | 0.00 | | 0.00 | FA |
| 74. Deposit : Magnolia | 12,123.75 | 0.00 | | 0.00 | FA |
| 75. Deposit : Marble Falls | 7,962.50 | 0.00 | | 0.00 | FA |
| 76. Deposit : Memorial Park | 12,089.23 | 0.00 | | 0.00 | FA |
| 77. Deposit : Memorial Plaza | 14,595.05 | 0.00 | | 0.00 | FA |
| 78. Deposit : Meyerland | 13,099.68 | 0.00 | | 0.00 | FA |
| 79. Deposit : Missouri City | 7,080.00 | 0.00 | | 0.00 | FA |
| 80. Deposit : Morton Ranch | 9,433.68 | 0.00 | | 0.00 | FA |
| 81. Deposit : Mueller | 10,108.73 | 0.00 | | 0.00 | FA |
| 82. Deposit : Navarro St | 13,118.25 | 0.00 | | 0.00 | FA |
| 83. Deposit : Nederland | 7,541.60 | 0.00 | | 0.00 | FA |
| 84. Northline | 8,245.00 | 0.00 | | 0.00 | FA |
| 85. Deposit : Pasadena | 12,000.00 | 0.00 | | 0.00 | FA |
| 86. Deposit : Pearland | 9,737.00 | 0.00 | | 0.00 | FA |
| 87. Deposit : Pearland Pkwy | 10,206.25 | 0.00 | | 0.00 | FA |
| 88. Deposit : Pfluegerville | 10,500.00 | 0.00 | | 0.00 | FA |
| 89. Deposit : Pier 1 | 13,750.00 | 0.00 | | 0.00 | FA |
| 90. Deposit : Rosenberg | 10,578.75 | 0.00 | | 0.00 | FA |
| 91. Deposit : Slaughter | 10,370.00 | 0.00 | | 0.00 | FA |
| 92. Deposit : South Fork | 9,879.17 | 0.00 | | 0.00 | FA |
| 93. Deposit : S Post Oak | 11,535.65 | 0.00 | | 0.00 | FA |
| 94. Deposit : South Shore | 9,775.00 | 0.00 | | 0.00 | FA |
| 95. Deposit : SW Freeway | 10,014.08 | 0.00 | | 0.00 | FA |
| 96. Deposit : Spring 2920 | 11,623.74 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 19-02247 | LVV | Judge: | Lori V. Vaughan | Trustee Name: | Marie E. Henkel |
|---|---|---|---|---|---|---|
| Case Name: | Mattress Pal Holding, LLC | | | | Date Filed (f) or Converted (c): | 12/26/2019 (c) |
| | | | | | 341(a) Meeting Date: | 02/04/2020 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 03/05/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 97.  Spring Cypress | 13,009.50 | 0.00 | | 0.00 | FA |
| 98.  Deposit : Spring Green | 11,890.00 | 0.00 | | 0.00 | FA |
| 99.  Deposit : Sweetwater Blvd | 9,700.95 | 0.00 | | 0.00 | FA |
| 100. Deposit : Temple | 8,700.00 | 0.00 | | 0.00 | FA |
| 101. Deposit : Tomball E | 6,477.00 | 0.00 | | 0.00 | FA |
| 102. Deposit : Tower Point | 8,968.75 | 0.00 | | 0.00 | FA |
| 103. Deposit : Uvalde | 7,981.33 | 0.00 | | 0.00 | FA |
| 104. Deposit : Victoria Mall | 6,725.65 | 0.00 | | 0.00 | FA |
| 105. Deposit : Voss | 7,399.00 | 0.00 | | 0.00 | FA |
| 106. Deposit : Wallisville N | 7,525.00 | 0.00 | | 0.00 | FA |
| 107. Deposit : Warehouse | 52,873.65 | 0.00 | | 0.00 | FA |
| 108. Deposit : Webster | 7,125.19 | 0.00 | | 0.00 | FA |
| 109. Deposit : W Orange | 9,084.85 | 0.00 | | 0.00 | FA |
| 110. Deposit : Westheimer & Eldridge | 6,831.00 | 0.00 | | 0.00 | FA |
| 111. Deposit : Wilcrest | 10,434.93 | 0.00 | | 0.00 | FA |
| 112. Deposit : Willowbrook | 11,273.34 | 11,273.34 | | 0.00 | FA |
| 113. Deposit : Willowbrook Plaza | 10,123.64 | 0.00 | | 0.00 | FA |
| 114. Deposit : Airline | 5,400.00 | 0.00 | | 0.00 | FA |
| 115. Deposit : Almeda | 6,339.55 | 0.00 | | 0.00 | FA |
| 116. Deposit : Antoine | 8,520.00 | 0.00 | | 0.00 | FA |
| 117. Deposit : Buffalo Speedway | 13,850.63 | 0.00 | | 0.00 | FA |
| 118. Deposit : Burnet | 6,598.13 | 0.00 | | 0.00 | FA |
| 119. Deposit : Cedar Park | 10,645.82 | 0.00 | | 0.00 | FA |
| 120. Deposit : Champion Forest | 9,835.21 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-02247 | LVV | Judge: | Lori V. Vaughan | Trustee Name: | Marie E. Henkel |
|---|---|---|---|---|---|---|
| Case Name: | Mattress Pal Holding, LLC | | | | Date Filed (f) or Converted (c): | 12/26/2019 (c) |
| | | | | | 341(a) Meeting Date: | 02/04/2020 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 03/05/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 121.  Deposit : College Station | 5,000.00 | 0.00 | | 0.00 | FA |
| 122.  Deposit : Conroe | 7,128.00 | 0.00 | | 0.00 | FA |
| 123.  Deposit : Crystal Falls | 9,976.78 | 0.00 | | 0.00 | FA |
| 124.  Deposit : El Campo | 5,258.60 | 0.00 | | 0.00 | FA |
| 125.  Deposit : Eldridge | 9,318.00 | 0.00 | | 0.00 | FA |
| 126.  Deposit : Firethorne | 7,566.66 | 0.00 | | 0.00 | FA |
| 127.  Deposit : 1st Colony Mall | 15,000.00 | 0.00 | | 0.00 | FA |
| 128.  Deposit : Fry & 529 | 7,590.15 | 0.00 | | 0.00 | FA |
| 129.  Deposit : Fry & West | 11,104.47 | 0.00 | | 0.00 | FA |
| 130.  Fry & West Little York | 8,956.06 | 0.00 | | 0.00 | FA |
| 131.  Deposit : Grand Pkwy | 8,524.99 | 0.00 | | 0.00 | FA |
| 132.  Deposit : Greenhouse | 11,526.67 | 0.00 | | 0.00 | FA |
| 133.  Deposit : Greenway Plaza | 8,573.75 | 0.00 | | 0.00 | FA |
| 134.  Deposit : Heights | 7,215.13 | 0.00 | | 0.00 | FA |
| 135.  Deposit : Humble | 9,098.33 | 0.00 | | 0.00 | FA |
| 136.  Deposit : Hwy 290 & 6 | 9,065.11 | 0.00 | | 0.00 | FA |
| 137.  Deposit : I-10 & College | 9,327.00 | 0.00 | | 0.00 | FA |
| 138.  Deposit : Island Gate | 5,548.86 | 0.00 | | 0.00 | FA |
| 139.  Deposit : Katy Crossing | 8,811.66 | 0.00 | | 0.00 | FA |
| 140.  Deposit : Katy North | 9,956.25 | 0.00 | | 0.00 | FA |
| 141.  Deposit : Killeen West | 5,901.04 | 0.00 | | 0.00 | FA |
| 142.  Deposit : La Centerra | 12,012.00 | 0.00 | | 0.00 | FA |
| 143.  Deposit : Lake Creek | Unknown | 0.00 | | 0.00 | FA |
| 144.  Deposit : League City | 11,450.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-02247 | LVV | Judge: | Lori V. Vaughan | Trustee Name: | Marie E. Henkel |
|---|---|---|---|---|---|---|
| Case Name: | Mattress Pal Holding, LLC | | | | Date Filed (f) or Converted (c): | 12/26/2019 (c) |
| | | | | | 341(a) Meeting Date: | 02/04/2020 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 03/05/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 145. Deposit : Louetta | 12,700.00 | 0.00 | | 0.00 | FA |
| 146. Deposit : Main St | 8,911.67 | 0.00 | | 0.00 | FA |
| 147. Deposit : Manor Commons | 6,160.00 | 0.00 | | 0.00 | FA |
| 148. Deposit : Nacogdoches | 4,590.00 | 0.00 | | 0.00 | FA |
| 149. Deposit : New Waco | Unknown | 0.00 | | 0.00 | FA |
| 150. Deposit : N Freeway | 5,042.96 | 0.00 | | 0.00 | FA |
| 151. Deposit : Old Warehouse | 26,215.28 | 0.00 | | 0.00 | FA |
| 152. Deposit : Palm Valley | 9,465.00 | 0.00 | | 0.00 | FA |
| 153. Deposit : Pearland Town Center | 19,083.27 | 0.00 | | 0.00 | FA |
| 154. Deposit : Port Arthur | 9,794.83 | 0.00 | | 0.00 | FA |
| 155. Deposit : Portland | 7,649.90 | 0.00 | | 0.00 | FA |
| 156. Deposit : Republic Square | 11,708.26 | 0.00 | | 0.00 | FA |
| 157. Deposit : Rice Blvd | 10,499.13 | 0.00 | | 0.00 | FA |
| 158. Deposit : Richmond & Sage | 13,567.88 | 0.00 | | 0.00 | FA |
| 159. Deposit : Round Rock Crossing | 5,608.00 | 0.00 | | 0.00 | FA |
| 160. Deposit : Round Rock West | 9,529.16 | 0.00 | | 0.00 | FA |
| 161. Deposit : Royal Oaks | 10,451.25 | 0.00 | | 0.00 | FA |
| 162. Deposit : Sharpstown | 6,106.67 | 0.00 | | 0.00 | FA |
| 163. Deposit : Sienna Plantation | 6,002.50 | 0.00 | | 0.00 | FA |
| 164. Deposit : South Loop | 13,000.00 | 0.00 | | 0.00 | FA |
| 165. Deposit : Southmore | 6,206.13 | 0.00 | | 0.00 | FA |
| 166. Deposit : Spencer & Burke | 6,954.00 | 0.00 | | 0.00 | FA |
| 167. Deposit : Summerwood | 7,243.75 | 0.00 | | 0.00 | FA |
| 168. Deposit : Tech Ridge | 11,180.13 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-02247 | LVV | Judge: | Lori V. Vaughan | Trustee Name: | Marie E. Henkel |
|---|---|---|---|---|---|---|
| Case Name: | Mattress Pal Holding, LLC | | | | Date Filed (f) or Converted (c): | 12/26/2019 (c) |
| | | | | | 341(a) Meeting Date: | 02/04/2020 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 03/05/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 169. Deposit : Telfair | 10,382.40 | 0.00 | | 0.00 | FA |
| 170. Deposit : The Triangle | 7,767.91 | 0.00 | | 0.00 | FA |
| 171. Deposit : Tomball | 7,475.25 | 0.00 | | 0.00 | FA |
| 172. Deposit : Trimmier | 8,432.53 | 0.00 | | 0.00 | FA |
| 173. Deposit : Valley Mills | 7,187.50 | 0.00 | | 0.00 | FA |
| 174. Deposit : Victoria Town Center | 7,500.00 | 0.00 | | 0.00 | FA |
| 175. Deposit : Villa Maria | 8,166.67 | 0.00 | | 0.00 | FA |
| 176. Deposit : Wallisville | 8,120.25 | 0.00 | | 0.00 | FA |
| 177. Deposit : W Alabama | 7,103.53 | 0.00 | | 0.00 | FA |
| 178. Deposit : West Oaks | 8,134.94 | 0.00 | | 0.00 | FA |
| 179. Deposit : West Rd | 9,500.00 | 0.00 | | 0.00 | FA |
| 180. Deposit : Westheimer | 9,792.00 | 0.00 | | 0.00 | FA |
| 181. Deposit : Whitestone | 10,864.67 | 0.00 | | 0.00 | FA |
| 182. Deposit : Williams Trace | 6,750.00 | 0.00 | | 0.00 | FA |
| 183. Deposit : Willis | 9,473.75 | 0.00 | | 0.00 | FA |
| 184. Deposit : Woodlands | 10,129.00 | 0.00 | | 0.00 | FA |
| 185. Deposit : Woodlands North | 9,308.75 | 0.00 | | 0.00 | FA |
| 186. Deposit : Woodway | 14,379.53 | 0.00 | | 0.00 | FA |
| 187. Inventory | 6,749,329.54 | 0.00 | | 0.00 | FA |
| 188. Office Furniture | 235,240.00 | 0.00 | | 0.00 | FA |
| 189. 2004 International 850 | 0.00 | 0.00 | | 0.00 | FA |
| 190. 2010 Ford Transit | 7,000.00 | 2,000.00 | | 975.00 | FA |
| 191. 2014 Mifu C9S | 0.00 | 0.00 | | 0.00 | FA |
| 192. 2014 Mifu C9S | 0.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 19-02247 | LVV | Judge: | Lori V. Vaughan | Trustee Name: | Marie E. Henkel |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Mattress Pal Holding, LLC | | | | Date Filed (f) or Converted (c): | 12/26/2019 (c) |
| | | | | | 341(a) Meeting Date: | 02/04/2020 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 03/05/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 193.  2014 Mifu C7S | 0.00 | 0.00 | | 0.00 | FA |
| 194.  2014 Mifu C7S | 0.00 | 0.00 | | 0.00 | FA |
| 195.  2013 Mifu C7S | 0.00 | 0.00 | | 0.00 | FA |
| 196.  2014 International 430 | 0.00 | 0.00 | | 0.00 | FA |
| 197.  Unexpired leases | 0.00 | 0.00 | | 0.00 | FA |
| 198.  Account Receivable (u) | 0.00 | 23,765.00 | | 32,505.68 | FA |
| 199.  Bank of America # 9644 (u) | 0.00 | 13.04 | | 13.04 | FA |
| 200.  Remnant Assets (u) | 0.00 | 6,000.00 | | 6,000.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets | |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $8,567,551.21 | $47,051.38 | | $42,154.59 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

```
06/08/20 Notice of Abandonment
06/15/20 Application to employ auctioneer
06/17/20 Order approving application to employ auctioneer
         Notice of Sale of asset # 190
08/12/20 Application to employ accountant
08/17/20 Order approving Application to employ accountant
09/14/20 Estate tax return filed
02/23/21 Estate tax return filed
Trustee is seeking to recover unclaimed funds in TX
03/16/22 Final application for compensation of accountant
06/29/22 Motion to Sell remnant assets
         Hearing on Motion to Sell : 07/26/22 @ 11 am
08/09/22 Order granting Motion to Sell
08/18/22 Report of Sale of remnant assets
09/06/22 Amended application for compensation of accountant
09/07/22 Speeding review of final tax return requested
```

Initial Projected Date of Final Report (TFR): 04/01/2021     Current Projected Date of Final Report (TFR): 12/31/2022

Trustee Signature:     /s/ Marie E. Henkel     Date: 10/26/2022

        Marie E. Henkel
        3560 S. Magnolia Ave.
        Orlando, FL  32806
        (407) 438-6738
        mehenkel@yahoo.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 19-02247 | Trustee Name: | Marie E. Henkel |
| Case Name: | Mattress Pal Holding, LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX1128 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7172 | Blanket Bond (per case limit): | $22,299,000.00 |
| For Period Ending: | 09/30/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 19-02247 | Trustee Name: | Marie E. Henkel |
| --- | --- | --- | --- |
| Case Name: | Mattress Pal Holding, LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX1136 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7172 | Blanket Bond (per case limit): | $22,299,000.00 |
| For Period Ending: | 09/30/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/16/20 | 198 | Brown & Brown of Florida, Inc.<br>P.O. Box 2412<br>Daytona Beach, FL 32115-2412<br>(386) 252-9601 | Account Receivable | 1229-000 | $3,891.00 | | $3,891.00 |
| 02/16/20 | 198 | Allied Property and Casualty Insurance Company<br>4401 Creedmoor Rd.<br>Raleigh, NC 27612 | Account Receivable | 1229-000 | $19,874.00 | | $23,765.00 |
| 03/04/20 | | Bank of America<br>DE5-024-02-08<br>PO Box 15047<br>Wilmington, DE 19850-5047 | Account Receivable | | $2,673.91 | | $26,438.91 |
| | | | Gross Receipts       $2,673.91 | | | | |
| | 3 | | Bank of America Receivable   $2,660.87<br>8939 | 1129-000 | | | |
| | 199 | | Bank of America # 9644      $13.04 | 1229-000 | | | |
| 08/04/20 | 190 | Rosen Systems, Inc.<br>2323 Langford St.<br>Dallas, TX 75208-2122 | SALE OF ASSET<br>06/17/20 Notice of Sale | 1129-000 | $975.00 | | $27,413.91 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.34 | $27,386.57 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.24 | $27,356.33 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.23 | $27,327.10 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.17 | $27,296.93 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.17 | $27,267.76 |

Page Subtotals:                                                                                                          $27,413.91          $146.15

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-02247 | | Trustee Name: | Marie E. Henkel |
|---|---|---|---|---|
| Case Name: | Mattress Pal Holding, LLC | | Bank Name: | Axos Bank |
| | | | Account Number/CD#: | XXXXXX1136 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX7172 | | Blanket Bond (per case limit): | $22,299,000.00 |
| For Period Ending: | 09/30/2022 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.11 | $27,237.65 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.07 | $27,207.58 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.07 | $27,178.51 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.01 | $27,148.50 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.01 | $27,119.49 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.94 | $27,089.55 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.91 | $27,059.64 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.99 | $27,032.65 |
| 03/07/22 | 198 | Texas Comptroller of Public Accounts | Account Receivable | 1229-000 | $8,740.68 | | $35,773.33 |
| 08/18/22 | 200 | Corydon Capital Holdings LLC 3405 Bay Leaf Dr Lexington KY 40502 | SALE OF ASSET 08/09/22 Order approving sale | 1229-000 | $6,000.00 | | $41,773.33 |

| | | |
|---|---|---|
| COLUMN TOTALS | $42,154.59 | $381.26 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $42,154.59 | $381.26 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $42,154.59 | $381.26 |
| Page Subtotals: | $14,740.68 | $235.11 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX1128 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX1136 - Checking | $42,154.59 | $381.26 | $41,773.33 |
|  | $42,154.59 | $381.26 | $41,773.33 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $42,154.59 |
| Total Gross Receipts: | $42,154.59 |

Trustee Signature:    /s/ Marie E. Henkel    Date: 10/26/2022

Marie E. Henkel
3560 S. Magnolia Ave.
Orlando, FL  32806
(407) 438-6738
mehenkel@yahoo.com

Page Subtotals:    $0.00    $0.00